Mark E. Ellis - 127159
June D. Koper - 191890
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:  (415) 788-1900
Fax:  (415) 393-8087

Attorneys for Defendant
BRIDGEPORT FINANCIAL, INC.; CHRISTINA HARBRIDGE; AND RAY LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA CAMACHO, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>BRIDGEPORT FINANCIAL, INC.,<br><br>Defendants. | Case No.: C04 0478 CRB<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>**Currently Scheduled:**<br>**Date: February 17, 2006**<br>**Time: 10:00 a.m.**<br>**Courtroom: 8**<br><br>Proposed:<br>Date: March 10, 2006<br>Time: 8:30 a.m.<br>Courtroom: 8 |

Defense counsel is unavailable to attend the case management conference set for February 17, 2006, at 10:00 a.m., as she is currently scheduled to attend two case management conferences in San Jose. Due to defense counsel's unavailability, the parties stipulate to continue the case management conference to March 10, 2006, and jointly request that the Court continue the case management

///

///

///

- 1 -

conference currently set for February 17, 2006, at 10:00 a.m., to March 10, 2006, at 8:30 a.m..

Dated: February 9, 2006        MURPHY, PEARSON, BRADLEY & FEENEY

By  /S/
 June D. Coleman
 Attorneys for Defendant
 BRIDGEPORT FINANCIAL, INC.; CHRISTINA
 HARBRIDGE; AND RAY LEWIS

Dated:            HORWITZ, HORWITZ & ASSOCIATES

By  /S/
 O. Randolph Bragg
 Attorneys for Plaintiff
 RITA CAMACHO

## ~~PROPOSED~~ ORDER

IT IS SO ORDERED that the February 17, 2006 case management conference currently scheduled is continued to, at 10:00 a.m. to March 10, 2006, at 8:30 a.m..

DATE: __February 13__, 200~~4~~6

Honorable Charles R. Breyer
Judge, U.S. District Court
Northern District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

CIW.10306623.doc

- 2 -

Stipulation And Proposed Order To Continue Case Management Conference