**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RITA CAMACHO,            No. C 04-00478 CRB

    Plaintiff,               **ORDER**

    v.

BRIDGEPORT FINANCIAL, INC. et al.,

    Defendants.
_____/

Now pending before the Court is plaintiff's Motion for Class Certification pursuant to Federal Rule of Civil Procedure 23. Defendants' Response to Camacho's Motion for Class Certification states that plaintiff has failed to propose a class definition. However, both plaintiff's Motion for Class Certification and Memorandum in Support of plaintiff's Motion for Class Certification contains the following class definition:

> i) all persons with addresses in the State of California (ii) to whom collection letters in the form of Exhibit A (attached to the Complaint), (iii) were sent by Bridgeport Financial, Inc., a California Corporation, and Christina Haybridge, Ray Lewis, individuals, in an attempt to collect debt incurred for personal, family, or household purposes (iv) sent during the one year period prior to the filing of the complaint in this action (v) which letters were not returned undelivered by the United States Postal Service.

See Plaintiff's Motion For Class Certification (Docket No. 38); Memorandum in Support of Plaintiff's Motion for Class Certification (Docket No. 39).

Defendants are ORDERED to inform the Court no later than February 22, 2006, whether they object to plaintiff's proposed definition.

**IT IS SO ORDERED.**

Dated: February 15, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE