IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA CAMACHO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BRIDGEPORT FINANCIAL, INC., et al.<br><br>    Defendant.<br>_____/ | No. C 04-00478 CRB<br><br>**ORDER** |

      The parties are hereby informed that the hearing on plaintiff's motion for class certification and the case management conference is rescheduled for Friday, March 24, 2006, at 10:00 a.m. The parties are further directed to submit a joint case management statement no later than March 10, 2006. The statement shall include the following:

- The parties shall inform the Court which issues other than class certification are currently before the Court, and, if necessary, state their positions.
- Defendants stated in their previous briefing that they do not oppose class certification. Yet defendants' response to the Court's February 15, 2006, order suggests that their position may have changed. Defendants are directed to clarify their position on class certification.

1  The parties shall otherwise adhere to the Court's standing order regarding joint case
2  management statements.
3  **IT IS SO ORDERED.**

Dated: March 1, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE