**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RITA CAMACHO,            No. C 04-00478 CRB

    Plaintiff,               **ORDER CERTIFYING CLASS**

    v.

BRIDGEPORT FINANCIAL INC., et al.

    Defendants.
_____/

      Named plaintiff Rita Camacho brings this class action lawsuit against defendants Bridgeport Financial, Inc., Christina Harbridge-Law, and Ray Lewis alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. section 1692. This matter was remanded to the Court by the Ninth Circuit after affirming the Court's denial of defendants' motion to dismiss on interlocutory appeal. Now pending before the Court is plaintiff's Motion for Class Certification.

      Pursuant to the Court's instructions in open court on March 24, 2006, the class is hereby certified with the following class definition:

> (i) all persons with addresses in the State of California (ii) to whom collection letters in the form of Exhibit A (attached to the Complaint), (iii) were sent by Bridgeport Financial, Inc., a California Corporation, and Christina Harbridge, Ray Lewis, individuals, in an attempt to collect debt incurred for personal, family, or household purposes (iv) sent during the one year period prior to the filing of the complaint in this action (v) which letters were not returned undelivered by the United States Postal Service.

The Court hereby appoints Rita Camacho to be the Lead Plaintiff and Irving Berg of The Berg Law Group to be Lead Counsel.  Plaintiff's request for defendants bear the cost of notice is denied without prejudice to pursuing such a motion after the Court adjudicates liability.  The parties shall draft a mutually agreeable form of notice in accordance with the discussion in open court.

The parties shall complete all discovery by June 23, 2006.  Any remaining motions shall be filed by July 21, 2006.  Oppositions to the motions shall be filed no later than August 4, 2006, and any Replies shall be submitted no later than August 11, 2006.  Oral argument will be held on September 1, 2006, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 24, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE