1 | William A. Munoz - 191649
2 | MURPHY, PEARSON, BRADLEY & FEENEY
  | 701 University Avenue, Suite 150
  | Sacramento, CA 95825
3 | Telephone:   (916) 565-0300
  | Facsimile:   (916) 565-1636

Attorneys for Defendant
BRIDGEPORT FINANCIAL, INC.; CHRISTINA HARBRIDGE LAW; AND LENIN CANIO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA CAMACHO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGEPORT FINANCIAL, INC.,<br><br>Defendants. | Case No.: C04 0478 CRB<br><br>SUBSTITUTION OF ATTORNEY |

Defendant BRIDGEPORT FINANCIAL, INC.; hereby substitutes Mark E. Ellis of the Law Offices of ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER, 555 University Avenue, Suite 200 East, Sacramento, California, telephone (916-283-8821; facsimile (916) 283-8820, as its attorney of record in the above-entitled action, instead and in place of MURPHY, PEARSON, BRADLEY & FEENEY LLP, 701 University Avenue, Suite 150, Sacramento, CA 95825; Telephone: (916) 565-0300; Facsimile: (916) 565-1636.

I consent to this substitution.

Dated: 10-4-06

_____
BRIDGEPORT FINANCIAL, INC.
Defendant

- 1 -

SUBSTITUTION OF ATTORNEY

| | |
|---|---|
| 1 | I consent to this substitution. |
| 2 | Dated: |

ELLIS, COLEMAN, POIRIER, LA VOIE &
STEINHEIMER

*[signature]*

MARK E. ELLIS
New Attorney for Defendant
BRIDGE LENIN CANIO

I consent to this substitution.

Dated: 9/29/06

MURPHY, PEARSON, BRADLEY & FEENEY

*[signature]*

WILLIAM A. MUNOZ
Former Attorneys for Defendant
LENIN CANIO

WAM.10340671.doc

**IT IS SO ORDERED**
*[signature]*
Judge Charles R. Breyer
*(Seal: United States District Court, Northern District of California)*

October 10, 2006

- 2 -

SUBSTITUTION OF ATTORNEY