William A. Munoz - 191649
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:     (916) 565-0300
Facsimile:     (916) 565-1636

Attorneys for Defendant
BRIDGEPORT FINANCIAL, INC.; CHRISTINA HARBRIDGE LAW; AND LENIN CANIO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA CAMACHO, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BRIDGEPORT FINANCIAL, INC.,<br><br>        Defendants. | Case No.: C04 0478 CRB<br><br>SUBSTITUTION OF ATTORNEY |

Defendant CHRISTINA HARBRIDGE LAW hereby substitutes Mark E. Ellis of the Law

Offices of ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER, 555 University Avenue,

Suite 200 East, Sacramento, California, telephone (916) 283-8821; facsimile (916) 283-8820, as its

attorney of record in the above-entitled action, instead and in place of MURPHY, PEARSON,

BRADLEY & FEENEY LLP, 701 University Avenue, Suite 150, Sacramento, CA  95825; Telephone:

(916) 565-0300; Facsimile: (916) 565-1636.

        I consent to this substitution.

Dated:  *10-9-06*

_____
CHRISTINA HARBRIDGE LAW
Defendant

- 1 -

SUBSTITUTION OF ATTORNEY

1       I consent to this substitution.

2    Dated:  9-29-06

3                                         ELLIS, COLEMAN, POIRIER, LA VOIE &
                                          STEINHEIMER
4

5
                                          _____
6                                         MARK E. ELLIS
                                          New Attorney for Defendant
7                                         CHRISTINA HARBRIDGE LAW

8

9       I consent to this substitution.

10   Dated:  9/29/06

11                                        MURPHY, PEARSON, BRADLEY & FEENEY

12
                                          _____
13                                        WILLIAM A. MUNOZ
                                          Former Attorneys for Defendant
14                                        CHRISTINA HARBRIDGE LAW

15   WAM.10340671.doc

16

17                                                        October 19, 2006

18           IT IS SO ORDERED

19           Judge Charles R. Breyer

20

21

22

23

24

25

26

27

28

- 2 -

SUBSTITUTION OF ATTORNEY

1

## CERTIFICATE OF SERVICE

2        The undersigned certifies that the above and foregoing instrument was electronically filed with

3  the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

4  following:

5

6  Irving L. Berg                            Attorney For Plaintiff
      The Berg Law Group                    RITA CAMACHO

7  433 Town Center, PMB 493
      Corte Madera, CA  94925

8

9  O. Randolph Bragg                  Attorney For Plaintiff
      Horwitz, Horwitz & Associates

10  25 East Washington Street, Suite 900
     Chicago, IL  60602

11

12  Richard J. Rubin
     Attorney at Law

13  1300 Canyon Road
     Santa Fe, NM  87501

14  Mark E. Ellis                           Attorneys For Defendants
     Ellis, Coleman, Poirier, La Voie & Steinheimer     BRIDGEPORT FINANCIAL, INC.;

15  555 University Avenue, Suite 200 East         CHRISTINA HARBRIDGE LAW; AND LENIN
     Sacramento, CA  95825                  CANIO

16

17        DATED this 12th day of October.

18

19                          By _____
                                  Stephanie Thurtle

20

21

22

23

24

25

26

27

28

- 3 -

SUBSTITUTION OF ATTORNEY