IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA CAMACHO, | No. C 04-0478 CRB (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION** |
| BRIDGEPORT FINANCIAL, INC., | |
| Defendant(s). | |

The Court is in receipt of plaintiff Rita Camacho's individual discovery dispute statement. Based on Camacho's letter, it appears that the parties have met and conferred as required by the undersigned's Discovery Standing Order, but defendant Bridgeport Financial, Inc. has not supplied its portion of a joint letter. As it appears that the parties have been unable to comply with the standing order, the Court hereby ORDERS the parties to meet and confer, in person, on November 14, 2006 at 9:30 a.m. in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Ave, San Francisco, California 94102. At the meet and confer session, the parties should come prepared to once again meaningfully discuss and resolve their outstanding discovery dispute(s). In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with the discovery standing order and said letter shall be presented by the parties for filing at the conclusion of the session. Thus, the parties are ORDERED to bring

1 with them one laptop and diskette(s) or USB port drive to use in drafting said letter.  The parties are
2 advised that they will not meet with the undersigned during or after the meet and confer session.
3      However, if the parties are able to meet and confer in person and resolve their disputes or file
4 any necessary joint meet and confer letters before November 14, the parties shall jointly request that
5 the Court vacate the November 14 meet and confer session.
6 **IT IS SO ORDERED.**

8 Dated: November 3, 2006

                        MARIA-ELENA JAMES
9                         United States Magistrate Judge

**United States District Court**
For the Northern District of California