IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA CAMACHO, | No. C 04-0478 CRB (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER DENYING PLAINTIFF'S REQUEST TO COMPEL DISCOVERY RE: ATTORNEYS' FEES AND COSTS** |
| BRIDGEPORT FINANCIAL, INC., | |
| Defendant(s). | |

The Court is in receipt of the parties' joint discovery dispute letters, filed November 15, 2006 (Docs. ## 117-19). In the letters, the parties dispute whether defendant Bridgeport Financial, Inc. must produce discovery related to the amount of time and money expended by its attorneys in this litigation. Plaintiff Rita Camacho argues that this information is relevant to the fees and costs her counsel can seek in a forthcoming motion.

Upon review of the parties' letters and relevant legal authority, the Court finds that this case does not require additional discovery for the purpose of deciding a motion for attorneys' fees. Rather, if Camacho's counsel files a motion and Bridgeport Financial contends that any item or project was excessive, it is Bridgeport's duty to explain why in its opposition. Based on all briefing and arguments submitted by the parties, the District Court can then determine what is reasonable. The parties essentially agreed to this process in their settlement agreement, in which they agreed that

Bridgeport will pay Camacho's reasonable attorneys' fees and costs as determined by the Court, absent an agreement by the parties. (Doc. #122, ¶G.) As the parties are unable to reach an agreement on this issue, any discovery would add unnecessary expense and burden.

**IT IS SO ORDERED.**

Dated: November 17, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2