O. Randolph Bragg (Ill. Bar # 6221983)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (Fax)
rand@horwitzlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA CAMACHO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BRIDGEPORT FINANCIAL, INC., a California Corporation, and CHRISTINA HARBRIDGE, RAY LEWIS, individuals,<br><br>Defendants.<br>_____________________________/ | **Case No.: C 04- 0478 CRB**<br><br>**DECLARATION OF O. RANDOLPH BRAGG IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF COSTS AND ATTORNEY FEES**<br><br>**Date: January 5, 2007**<br>**Time: 10:00 a.m.**<br>**Court room No. 8, 19th Floor**<br>**Honorable Charles R. Breyer** |

**DECLARATION OF O. RANDOLPH BRAGG IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF COSTS AND ATTORNEYS' FEES**

I, O. Randolph Bragg, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

1. I am a member in good standing of the bars of the following courts:

Supreme Court of the United States
Washington, D.C.
August 7, 1992

Supreme Court of Appeals of West Virginia -- inactive
Charleston, West Virginia
May 22, 1973

Supreme Court of Pennsylvania – inactive
Harrisburg, Pennsylvania
May 20, 1974

Supreme Court of the State of Delaware – inactive
Wilmington and Dover, Delaware
January 23, 1987

Supreme Court of Illinois
Chicago, Illinois
July 5, 1994

U.S. Court of Appeals for the Second Circuit
New York, New York
November 6, 1986

U.S. Court of Appeals of the Third Circuit
Philadelphia, Pennsylvania
February 21, 1979

U.S. Court of Appeals for the Fourth Circuit
Richmond, Virginia
February 7, 1986

U.S. Court of Appeals for the Fifth Circuit
New Orleans, Louisiana
July 23, 1999

U.S. Court of Appeals for the Sixth Circuit
Cincinnati, Ohio
December 26, 1991

U.S. Court of Appeals for the Seventh Circuit
Chicago, Illinois
April 15, 1994

U.S. Court of Appeals for the Eighth Circuit
St. Louis, Missouri
September 21, 1998

U.S. Court of Appeals for the Ninth Circuit
San Francisco, California
March 14, 1997

U.S. Court of Appeals for the Tenth Circuit
Denver, Colorado
May 22, 1997

U.S. Court of Appeals for the Eleventh Circuit
Atlanta, Georgia
August 24, 1988

U.S. District Court for the Southern District of West Virginia
Charleston, West Virginia
May 22, 1973

U.S. District Court for the Middle District of Pennsylvania
Scranton, Pennsylvania
July 12, 1974

U.S. District Court for the Eastern District of Pennsylvania
Philadelphia, Pennsylvania
June 25, 1982

U.S. District Court for the District of Delaware
Wilmington, Delaware
January 30, 1987

U.S. District Court for the Western District of New York
Rochester, New York
October 5, 1987

U.S. District Court for the Northern District of New York
Utica, New York
December 15, 1989

U.S. District Court for the Northern District of Illinois
Chicago, Illinois
May 10, 1994

U.S. District Court for the Central District of Illinois
Peoria, Illinois
April 29, 1996

U.S. District Court for the District of Arizona – inactive
Phoenix, Arizona
January 11, 1996

U.S. District Court for the Western District of Michigan
Grand Rapids, Michigan
June 7, 1996

U.S. District Court for the Eastern District of Michigan
Detroit Michigan
December, 1997

U.S. District Court for the Western District of Wisconsin
Madison, Wisconsin
December 21, 1998

U.S. District Court for the Eastern District of Wisconsin
Milwaukee, Wisconsin
July 12, 2000

U.S. District Court for the Northern District of Texas
Dallas, Texas
August 28, 2000

U.S. District Court for the District of Colorado
Denver, Colorado
December 9, 2002

U.S. District Court for the Northern District of Indiana
South Bend, Indiana
July 13, 2005

2. I am a 1973 graduate of the West Virginia University College of Law. From 1973 until August 1985, I was employed by Legal Services Corporation-funded programs in West Virginia and Pennsylvania. From August 1985 until October 1993, I served as a Litigation Coordinator with the UAW Legal Services Plan. From April 1, 1994 through August 30, 1995, I was associated with the law firm of Edelman & Combs in Chicago, Illinois.

3. On September 15, 1995, I opened my law office, as a solo practice limited to the representation of persons in consumer rights litigation, both individual and class cases.

4. On February 1, 1997, I merged my practice with Horwitz, Horwitz and Associates and continue to limit my practice to the representation of individuals in consumer issues, both individual and class cases.

5. Since 1990 I have been a contributing author to National Consumer Law Center's _Fair Debt Collection_ (5th ed. 2004) and annual supplements. I have also written Chapter 5, "Fair Debt Collection Practices Act," _Ohio Consumer Law_ (1995 ed.-2006 ed.). “Fair Debt Collection: The Need For Private Enforcement”, published at _Loyola Consumer Law Reporter_, Volume 7, Number 3, Page 89 (Spring 1995), was written by myself and Daniel A. Edelman.

6. I was a member of the Board of Directors of National Association of Consumer Advocates from October 1996 through October 2000. I participate as one of the Consumer Advocate Advisors to *Consumer Financial Services Law Report*, published by LRP Publications.

7. I was recently named the 2006 Consumer Lawyer of the Year by the National Association of Consumer Advocates at the organization's national conference in Miami, Florida.

8. I have lectured to professional groups on consumer law issues including:

| | | |
|---|---|---|
| February 25-26, 2006 | Fair Debt Collection Practices Act<br>National Consumer Law Center | Austin, Texas |
| October 20-21, 2005 | Consumer Law 2005 | Missouri Bar CLE<br>Kansas City &<br>St. Louis, MO |
| March 13-14, 2005 | Fair Debt Collection Practices Act | National Association of Consumer Advocates<br>Crystal City, Virginia |
| July 29, 2004 | Fair Debt Collection Practices Act | Student Legal Services<br>Chicago, Illinois |
| April 23, 2004 | Montana Consumer Law Summit | Missoula, Montana |
| February 21-22, 2004 | Fair Debt Collection Practices Act<br>National Consumer Law Center | Kansas City, Missouri |
| October 28, 2002 | Class Action Symposium<br>National Consumer Law Center | Atlanta, Georgia |
| November 6, 2001 | North American Collection Agency Regulatory Association | Denver, Colorado |
| April and May 2000 | Consumer Financial Services Litigation<br>Practicing Law Institute | New York-<br>San Francisco |

| | | |
|---|---|---|
| November 10, 2000 | Fair Credit Reporting Act<br>Fair Debt Collection Practices Act | Michigan Poverty Law Program<br>Lansing, Michigan |
| September 19, 1997 | Fair Debt Collection Practices Act | Michigan State Bar<br>Detroit, Michigan |
| April 25, 1997 | Fair Debt Collection Practices Act<br>Richmond, VA | Virginia Trial Lawyers and Consumer Class Actions Association |
| September 20, 1996<br>October 8, 1999<br>October 11, 2001 | Fair Debt Collection Practices Act | Chicago Bar Association<br>Chicago, Illinois |
| June 7, 1996 | Fair Debt Collection Practices Act<br>Overland Park, KS | Kansas City Metropolitan Bar Association |
| 1992 - 2000 | Fair Debt Collection Practices Act<br>various locations | National Consumer Rights Litigation Conference |

9. I have been involved in numerous consumer cases including: Defenbaugh v. JBC & Associates PC, 2006 U.S.App.LEXIS 19930 (9th Cir. July 24, 2006); Camacho v. Bridgeport Financial, Inc., 430 F.3d 1078 (9th Cir. 2005); Carroll v. United Compucred Collections, Inc., 399 F.3d 620 (6th Cir. 2005); Silvernail v. County of Kent, 385 F.3d 601 (6th Cir. 2004); Irwin v. Mascott, 370 F.3d 924 (9th Cir. 2004); Liles v. Del Campo, 350 F.3d 742 (8th Cir. 2003); Carmichael v. Payment Ctr., Inc., 336 F.3d 636 (7th Cir. 2003); Renick v. Dun & Bradstreet Receivable Mgmt. Servs., 290 F.3d. 1055 (9th Cir. 2002); Romine v. Diversified Collection Services, Inc., 155 F.3d 1142 (9th Cir. 1998); Ladick v. Van Gement, 146 F.3d 1205 (10th Cir. 1998), *cert. den.* 119 S.Ct. 511 (1998); Zagorski v. Midwest Billing Services, Inc., 128 F.3d 1164 (7th Cir. 1997); Bartlett v. Heibl, 128 F.3d 497 (7th Cir. 1997); Wright v. Finance Service of Norwalk, Inc., 22 F.3d 647 (6th Cir. 1994); Dutton v. Wolpoff and Abramson, 5 F.3d 649 (3d Cir. 1993); Hollis v. Roberts, 984 F.2d 1159 (11th Cir. 1993); Carroll v. Wolpoff & Abramson, 961 F.2d 459 (4th Cir. 1992); Graziano v. Harrison, 950 F.2d 107 (3d

Cir. 1991); *Miller v. Payco-General American Credits, Inc.,* 943 F.2d 482 (4th Cir. 1991); *Anderson v. White,* 885 F.2d 985 (3d Cir. 1989); *Pipiles v. Credit Bureau, Inc.,* 886 F.2d 22 (2d Cir. 1989); *Emanuel v. American Credit Exchange,* 870 F.2d 805 (2d Cir. 1989); *David v. City of Scranton,* 633 F.2d 676 (3d Cir. 1980); *Rosario v. Am. Corrective Counseling Servs.*, 2006 U.S. Dist. LEXIS 83135 (M.D.Fla., Nov. 15, 2006) (Eleventh Amendment Immunity); *Warcholek v. Medical Collections Sys.*, 2006 U.S. Dist. LEXIS 81106 (N.D.Ill., Nov. 2, 2006) (class certified); *Hamilton v. American Corrective Counseling Servs.*, 2006 U.S. Dist. LEXIS 75588 (N.D.Ind. Oct. 4, 2006) (granted defendants' motion to exclude expert); *Karnette v. Wolpoff & Abramson*, 444 F.Supp.2d 640 (E.D.Va. 2006) (motion to compel arbitration denied); *Abels v. JBC Legal Group, P.C.*, 434 F.Supp.2d 763 (N.D.Cal. 2006) (defendants' motion to dismiss denied); *Turner v. Shenandoah Legal Group, P.C.*, 2006 U.S. Dist. LEXIS 39341 (E.D.Va., June 12, 2006) (Report and Recommendation to deny defendants' motion to dismiss); *Thweatt v. Law Firm of Koglmeier, Dobbins, Smith & Delgado, P.L.C.*, 425 F.Supp.2d 1011 (D.Ariz. 2006) (motion to dismiss denied); *Abels v. JBC Legal Group, P.C.*, 233 F.R.D. 645 (N.D.Cal. 2006) (defendants' motion to compel production of time records and retainer denied); *Schwarm v. Craighead*, 233 F.R.D. 655 (E.D.Cal. 2006) (class certified); *Gonzales v. Arrow Fin. Servs. LLC*, 233 F.R.D. 577 (S.D.Cal. 2006) (class certified); *Abels v. JBC Legal Group, P.C.*, 2006 U.S. Dist. LEXIS 12486 (N.D.Cal., Jan. 18, 2006) (order denying without prejudice motion for leave to file second amended complaint); *Mcguire-Pike v. Ameri-Ck, Inc.*, 2005 U.S. Dist. LEXIS 39134 (D.N.M., Dec. 30, 2005) (compel discovery); *Gacy v. Gammage & Burnham*, 2005 U.S. Dist. LEXIS 38081 (D.Ariz., Dec. 15, 2005) (class certification); *Campos v. Western Dental Servs.*, 2005 U.S. Dist. LEXIS 33228 (N.D.Cal., Nov. 28, 2005); *Palmer v. I.C. Systems*, 2005 U.S. Dist. LEXIS 27946 (N.D.Cal., Nov. 8, 2005); *Wyatt v. Creditcare, Inc.*,

2005 WL 2780684, 2005 U.S. Dist. LEXIS 25787 (N.D.Cal., Oct. 25, 2005) (class certification); *Cancio v. Financial Credit Network*, 2005 U.S. Dist. LEXIS 13626 (N.D.Cal, July 6, 2005) (attorneys fees and costs awarded); *Abels v. JBC Legal Group, P.C.*, 229 F.R.D. 152 (N.D.Cal., June 23, 2005) (leave to amend to add party granted)); *Brumbelow v. Law Offices of Bennett & DeLoney*, 2005 WL 1566689 (D.Utah, June 21, 2005) (defendants' motion for summary judgment was denied due the existence of disputed issues of material fact) *Brumbelow v. Law Offices of Bennett & DeLoney*, 372 F.Supp.2d 615 (D.Utah 2005) (owners and operators of law firm are debt collectors subject to the FDCPA) *Uyeda v. J.A. Cambece Law Office, P.C.*, 2005 U.S. Dist. LEXIS 9271 (N.D.Cal., May 16, 2005) (motion to dismiss denied); *Abels v. JBC Legal Group, P.C.*, 227 F.R.D 541 (N.D.Cal. 2005) (class certification granted); *Gray v. Florida First Financial Group, Inc.*, 359 F. Supp. 2d 1316 (M.D.Fla. 2005) (attorneys fees awarded); *Martsolf v. JBC Legal Group, P.C.*, 2005 WL 331544, 2005 U.S. Dist. LEXIS 1802 (M.D.Pa., Feb. 7, 2005) (class certified); *Palmer v. Stassinos*, 348 F. Supp. 2d 1070 (N.D.Cal. 2004); *Defenbaugh v. JBC & Assocs.*, 2004 WL 1874978, 2004 U.S. Dist. LEXIS 16256 (N.D.Cal., Aug. 10, 2004) (attorneys fees award); *Agan v. Katzman & Korr*, 328 F.Supp.2d 1363 (S.D.Fla. 2004) (defendants' motion to strike exhibits denied); *Agan v. Katzman & Korr*, 222 F.R.D. 692 (S.D.Fla. 2004) (class certified); *Evans v. American Credit Sys.*, 222 F.R.D. 388 (D.Neb. 2004); *Bracamonte v. Eskanos & Adler*, 2004 U.S. Dist. LEXIS 8520 (N.D.Cal., May 7, 2004); *Agan v. Katzman & Korr, P.A.*, 2004 U.S. Dist. LEXIS 4158 (S.D.Fla., Mar. 16, 2004); *Evans v. American Credit Sys.*, 2003 U.S. Dist. LEXIS 22433 (D.Neb., Dec. 10, 2003); *Bush v. Loanstar Mortgagee Servs.*, 286 F.Supp.2d 1210 (N.D.Cal. 2003); *Carroll v. United Compucred Collections, Inc.*, 2003 U.S. Dist. LEXIS 5996 (M.D.Tenn., Mar. 31, 2003); *Silvernail v. County of Kent*, 2003 U.S. Dist. LEXIS 5951 (Feb. 24, 2003) (§1983 claim); *Gradisher v. County of*

Muskegon, 255 F.Supp.2d 720 (W.D.Mich. 2003) (§1983 claim); Gradisher v. Check Enforcement Unit, Inc., 2003 U.S. Dist. LEXIS 753 (W.D.Mich., Jan. 22, 2003) (award of attorney fees and costs); Carrol v. United Compucred Collections, Inc., 2002 U.S. Dist. LEXIS 25032 (M.D.Tenn., Nov. 15, 2002) (Magistrate's Report and Recommendation); Connor v. Automated Accounts, Inc., 2002 WL 31528477 (E.D.Wash., Nov. 1, 2002); Gradisher v. Check Enforcement Unit, Inc., 209 F.R.D. 392 (W.D.Mich. 2002) (granting plaintiff's motion to decertify the class with notice to the class members); Wilson v. Transworld Sys., 2002 WL 1379246, 2002 U.S. Dist. LEXIS 10891 (M.D.Fla., Mar. 29, 2002); Cope v. Duggins, 203 F.Supp.2d 650 (E.D.La. 2002); Gradisher v. Check Enforcement Unit, Inc., 210 F.Supp.2d 907 (W.D.Mich. 2002); Fuller v. Becker & Poliakoff, P.A., 192 F.Supp.2d 1361 (M.D.Fla., 2002); Clark v. Bonded Adjustment Co., 204 F.R.D. 662 (E.D.Wash. 2002) (class certified); Silva v. National Telewire Corp., 2001 DNH 218, 2001 U.S. Dist. LEXIS 20717 (D.N.H., Dec. 12, 2001) (attorneys fees); Clark v. Bonded Adjustment Co., 176 F.Supp2d 1062 (E.D.Wash., 2001); Gradisher v. Check Enforcement Unit, Inc., 203 F.R.D. 271 (W.D.Mich. 2001) (class certified); Ballard v. Equifax Check Servs., 158 F.Supp.2d 1163 (E.D.Cal. 2001); Connor v. Automated Accounts, Inc., 2001 U.S. Dist. LEXIS 10458 (E.D.Wash., July 18, 2001); Person v. Stupar, 136 F.Supp.2d 957 (E.D.Wis. 2001); Campion v. Credit Bureau Servs., 2001 U.S. Dist. LEXIS 3588 (E.D.Wash., March 16, 2001); Irwin v. Mascott, 2001 U.S. Dist. LEXIS 3285 (N.D.Cal., Feb. 27, 2001); Gadisher v. Check Enforcement Unit, Inc., 133 F.Supp.2d 988 (W.D.Mich. 2001); Campion v. Credit Bureau Servs., 2000 U.S. Dist. LEXIS 20233 (E.D.Wash., Sept. 20, 2000); Littledove v. JBC & Assocs., 2001 U.S. Dist. LEXIS 139 (E.D.Cal., Jan. 10, 2001); Littledove v. JBC & Assocs., 2000 U.S. Dist. LEXIS 18490 (E.D.Cal., Dec. 22, 2000); Fuller v. Becker & Poliakoff, 197 F.R.D. 697 (M.D.Fla. 2000); Irwin v. Mascott, 112 F.Supp.2d

937(N.D.Cal. 2000); Tenuto v. Transworld Sys., 2000 U.S. Dist. LEXIS 17566 (Nov. 27, 2000); Tenuto v. Transworld Sys., 2000 U.S. Dist. LEXIS 14344 (Sept. 29, 2000); Cope v. Duggins, 2000 U.S. Dist. LEXIS 5081 (E.D.La., April 13, 2000); Silva v. National Telewire Corp., 2000 U.S. Dist. LEXIS 338 (D.N.H., Sept. 29, 2000); Woodard v.. Online Information Services, 191 F.R.D. 502 (E.D.N.C. 2000); Talbott v. GC Services, 191 F.R.D. 99 (W.D.Va. 2000); Haak v. Hults Ford-Mercury, Inc., 79 F.Supp.2d 1020 (W.D.Wis. 1999); Borcherding-Dittloff v. Transworld Systems, Inc., 58 F.Supp.2d 1006 (W.D.Wis. 1999); Brink v. First Credit Resources, 57 F.Supp.2d 848 (D.Ariz. 1999); Swanson v. Mid Am, Inc., 186 F.R.D. 665 (M.D.Fla. 1999); Borcherding-Dittloff v. Transworld Systems, Inc., 185 F.R.D. 558 (W.D.Wis. 1999); Brink v. First Credit Resources, 185 F.R.D. 567, (D.Ariz. 1999); Talbott v. GC Services Ltd. Partnership, 53 F.Supp.2d 846 (W.D.Va., May 26, 1999); Frey v. Satter, Beyer & Spires, 1999 WL 301650 (N.D.Ill. May 3, 1999); Irwin v. Mascott, 186 F.R.D. 567 (N.D.Cal., March 24, 1999); Borcherding-Dittloff v. Transworld Systems, Inc., 185 F.R.D 558 (W.D.Wis. 1999); Ballard v. Equifax Check Services, Inc., 186 F.R.D. 589 (E.D.Cal., Feb. 22, 1999); Brink v. First Credit Resources, 185 F.R.D. 567 (D.Ariz. 1999); Ballard v. Equifax Check Services, Inc., 27 F.Supp. 1201 (E.D.Cal. 1998); Van Vels v. Premier Athletic Center of Plainfield, Inc., 182 F.R.D. 500 (W.D.Mich., Sept. 17, 1998); Vlasak v. Rapid Collection Syatems, Inc., 962 F.Supp. 1096 (N.D. Ill. 1997); Drennan v. Van Ru Credit Corp., 950 F.Supp 858 (N.D. Ill. 1997); D'Alauro- Labbate v. GC Services, 168 F.R.D. 451 (E.D.N.Y. 1996); Brujis v. Shaw, 876 F.Supp. 975 (N.D.Ill. 1995); Smith v. Law Offices of Mitchell N. Kay, 124 B.R. 182 (D.Del. 1991); Perez v. Perkiss, 742 F.Supp. 863 (D.Del. 1990); Games v. Cavazos, 737 F.Supp. 1368 (D.Del. 1990); Cristiano v. Courts of the Justices of the Peace, 115 F.R.D. 240 (D.Del. 1987) (class action certified), 669 F.Supp. 662 (D.Del. 1987) (merits); Swaney v.

Secretary, U.S. Department of Education, 664 F.Supp. 172 (D.Del. 1987); Brown v. Eichler, 664 F.Supp. 865 (D.Del. 1987) (merits), 680 F.Supp. 138 (D.Del. 1989) (attorneys' fees); Northern Pennsylvania Legal Services v. County of Lackawanna, 513 F.Supp. 678 (M.D.Pa. 1981); Mays v. Scranton City Police Department, 503 F.Supp. 1255 (M.D.Pa. 1980); Christy v. Hammell, 87 F.R.D. 381 (M.D.Pa. 1980); Yearsley v. Scranton Housing Authority, 478 F.Supp. 784 (M.D.Pa. 1979); and Barrett v. Kalinowski, 458 F.Supp. 689 (M.D.Pa. 1978).

10. I am one of the attorneys for Plaintiff in the above-captioned action. Ms. Camacho's attorney, Irving L. Berg, contacted me to serve as lead counsel responsible for class and merits issues. Mr. Berg, as local counsel, was responsible for assuring compliance with Local Rules and local practice as well as making appearances before the Court. I also worked on the appeal; however, I contacted Richard J. Rubin to lead the opposition to Defendant's appeal to the United States Court of Appeals for the Ninth Circuit, because of his extensive experience in consumer-related federal appellate practice. See Declaration of Richard J. Rubin, ¶¶ 2-4.

11. I expended a total of 156.5 hours in this matter. My contemporaneously kept records reflecting my services in this litigation are attached hereto as Exhibit A.

12. My associate Craig M. Shapiro also contributed in this matter as both a law clerk and associate attorney.[1] I have chosen not to seek attorney fees for his time expended as an associate attorney. Mr. Shapiro expended 13.0 hours as my law clerk prior to his admission to practice. See Exhibit A.

13. My paralegal Shannon Carter also contributed in this matter.

---

[1] Mr. Shapiro was admitted to practice in the State of Illinois and United States District Court for the Northern District of Illinois in 2005 and the Northern District of Indiana in 2006.

Ms. Carter expended 1.0 hour in this matter.[2] See Exhibit A.

14. My billing rate is $465.00 per hour. *Defenbaugh v. JBC & Assoc.*, 2004 U.S.Dist.LEXIS 16256, *17-20 (N.D.Cal., Aug. 10, 2004); *Irwin v. Mascott*, No. C-97-4737, Paragraph #1 (N.D.Cal. Sept. 9, 2002) (attached hereto as Exhibit C). See also Declarations of Mark Chavez and James C. Sturdevant.

15. The reasonably hourly rate for my law clerk and paralegal is $115.00 per hour.

16. The lodestar calculation of attorney fees for my time expended is (156.5 hours x $465.00/hour) $72,772.50.

17. The lodestar calculation of attorney fees for my law clerk's time expended is (13.0 hours x $115.00/hour) $1,495.00.

18. The lodestar calculation of attorney's fees for my paralegal's services is (1.0 hours x $115.00/hour) $115.00.

19. Costs and litigation expenses in the amount of $5,823.71 were incurred by my law firm in this matter. See Exhibit B.

20. These requested attorney fees and costs were reasonable and necessary to litigation in this matter.

Executed at Chicago, Illinois, on December 1, 2006.

s/ O. Randolph Bragg
O. Randolph Bragg

---

[2] Ms. Carter also spent 1.4 hours of unbilled time on this litigation.