# EXHIBIT A

**Camacho v. Bridgeport Financial, Inc**, N.D.Cal., C 04-0478 CRB

| RAND | 04/14/2004 | 0.5 | $465.00 | $232.50 |
|---|---|---|---|---|

review materials, prepare e-mail to Irv Berg

| RAND | 04/19/2004 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

review amended Complaint

| LAWCLERK | 04/23/2004 | 0.4 | $115.00 | $46.00 |
|---|---|---|---|---|

entered new file into LawBase

| LAWCLERK | 04/23/2004 | 0.9 | $115.00 | $103.50 |
|---|---|---|---|---|

complete Rand's application for admission pro hav vice, proposed order and attachment requested $60.00 check for fee

| RAND | 04/27/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review draft of Case Management Statement

| RAND | 04/27/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review client's Initial Disclosures

| LAWCLERK | 04/28/2004 | 0.3 | $115.00 | $34.50 |
|---|---|---|---|---|

prepare Pro Hac Vice documents and check for mailng to Court

| RAND | 05/07/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review Court's scheduling class hearing for August 28, 2004 at 10:00 AM and Civil Minutes

| RAND | 05/07/2004 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

t/c with Irv Berg re motion for class certification

| RAND | 05/07/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review draft of discovery

| RAND | 05/13/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

t/c with Irv Berg re next steps and class cert

| RAND | 05/13/2004 | 0.1 | $465.00 | $00.00 |
|---|---|---|---|---|

I gave orginal assignment to craigs motion for class certification TO: craigs FROM: rand D:5/24/04 prepare class documents, prepare client's declaration first. Due: 5/24/04

| LAWCLERK | 05/20/2004 | 0.6 | $115.00 | $69.00 |
|---|---|---|---|---|

complete first draft of Plaintiff's Declaration in Support of Class Cert Motion

| LAWCLERK | 05/20/2004 | 1.1 | $115.00 | $126.50 |
|---|---|---|---|---|

complete first drafts of Plaintiff's Motion for Class Certification and Declaration of O. Randolph Bragg in Support thereof

| LAWCLERK | 05/20/2004 | 2.6 | $115.00 | $184.00 |
|---|---|---|---|---|

complete first draft of Memo in Support of Plaintiff's Motion for Class Certification

| RAND | 05/25/2004 | 0.6 | $465.00 | $279.00 |
|---|---|---|---|---|

review draft of class motion and supporting documents, make revisions, email motion to Irv Berg

| LAWCLERK | 05/26/2004 | 0.7 | $115.00 | $80.50 |
|---|---|---|---|---|

revise Memorandum and Declaration of O. Randolph Bragg in Support of Plaintiff's Motion for Class Certification

| RAND | 05/27/2004 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

review motion for class certification and memorandum, email to Irv Berg for filing

| RAND | 05/28/2004 | 0.2 | $465.00 | $00.00 |
|---|---|---|---|---|

ECF download of motion to dismiss and supporting documents

| RAND | 06/02/2004 | 0.7 | $465.00 | $325.50 |
|---|---|---|---|---|

review defendants' motion to dismiss Harbridge and Lewis and supporting documents, email comments to Irv Berg

| RAND | 06/03/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

t/c with June Coleman re their motion to dismiss and their attached declaration and documents, possible compromise to strike documents or extend time to take discovery

| RAND | 06/05/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review fax from Irv Berg re numerosity

| RAND | 06/05/2004 | 0.1 | $465.00 | $00.00 |
|---|---|---|---|---|

I gave orginal assignment to craigs revise class papers TO: craigs FROM: rand D:6/17/04 revise the class motion and brief to add the numerosity information, i.e. -- 7880 letters. Due: 6/17/04

| RAND | 06/08/2004 | 0.2 | $465.00 | $93.00 |

email to Irv Berg re defendants motion to dismiss, Rule 56(f) affidavit, and briefing

| RAND | 06/10/2004 | 0.1 | $465.00 | $46.50 |

t/c with June Coleman re documents outside the pleadings submitted on motion to dismiss

| RAND | 06/11/2004 | 1.1 | $465.00 | $511.50 |

review defendants motions to dismiss individuals, for a 1292(b) appeal, research and discuss responses with Irv Berg

| RAND | 06/11/2004 | 1.6 | $465.00 | $744.00 |

discuss class motion and brief, strategy with Irv Berg, research and revise class brief, email with comments to Irv Berg for filing

| RAND | 06/11/2004 | 0.2 | $465.00 | $93.00 |

review discovery, request Irv Berg to prepare a 2d set if discovery re individual Defendants

| RAND | 06/11/2004 | 0.1 | $465.00 | $00.00 |

I gave orginal assignment to craigs research 1292(b) argument TO: craigs FROM: rand D:6/18/04 see defendant's motion for an interlocutory appeal per 28 U.S.C. 1292(b), the criteria stated is correcr (I think), what I would like you to look for are cases within the 9th Cir that say 1292(b) appeals are disfavored or somethin similar, draft a response to that section of D's brief. Due: 6/18/04

| RAND | 06/12/2004 | 2.6 | $465.00 | $1,209.00 |

research and prepare our opposition to defendants' second motion to dismiss

| LAWCLERK | 06/14/2004 | 0.2 | $115.00 | $23.00 |

revise class brief to reflect Defendant's discovery responses re numerosity

| RAND | 06/15/2004 | 0.4 | $465.00 | $186.00 |

review Irv Berg's comments on our Opposition to defendnats' motion to dismiss individual defendants, research, and email comments and revisions to Irv Berg

| RAND | 06/15/2004 | 0.3 | $465.00 | $139.50 |

revise and rewrite Rule 56(f) declaration, email to Irv Berg

| RAND | 06/15/2004 | 0.3 | $465.00 | $139.50 |

review draft of Requests for Admissions to Christina Harbridge, email revisions to Irv Berg, and preparation for other discovery to Harbridge and Ray Lewis

| RAND | 06/17/2004 | 0.2 | $465.00 | $93.00 |

review Motion to Strike, email comments to Irv Berg

| LAWCLERK | 06/18/2004 | 3.3 | $115.00 | $379.50 |

research 1292(b) and its elements begin drafting Plaintiff's Opposition to Defenants' Request for Certification of Appeal

| RAND | 06/21/2004 | 0.3 | $465.00 | $139.50 |

review draft of our brief in opposition to 1292(b) appeal, research, and direct revisions

| RAND | 06/21/2004 | 0.2 | $465.00 | $93.00 |

review draft of Requests for Production of Documents, revise and comment to Irv Berg

| LAWCLERK | 06/21/2004 | 2.9 | $115.00 | $333.50 |

additional research on 1292b appeal continue draft of response

| RAND | 06/21/2004 | 0.3 | $465.00 | $139.50 |

review and correct draft of our opposition to defendants' 1292(b) request to appeal and email to Irv Berg

| RAND | 06/23/2004 | 0.9 | $465.00 | $418.50 |

review the transcript of the 04/09/04 hearing and email comments to Irv Berg

| RAND | 06/27/2004 | 0.2 | $465.00 | $93.00 |

review defendants' reply brief re motion to dismiss

| RAND | 06/28/2004 | 0.1 | $465.00 | $46.50 |

t/c with Irv Berg re hearings on motion to dismiss and 1292(b) appeal

| RAND | 06/29/2004 | 0.2 | $465.00 | $93.00 |

review application and proposed order to appear telephonically at Motion to Dismiss hearing on July 9

| RAND | 06/30/2004 | 0.3 | $465.00 | $00.00 |

complete Application to Appear by Telephone and proposed Order, e-file with the Court, email copy of Order to chambers

| RAND | 07/03/2004 | 0.2 | $465.00 | $93.00 |

review defendants' Reply Brief for 1292(b) certification

| RAND | 07/16/2004 | 0.6 | $465.00 | $279.00 |

attend oral argument by telephone on Motion for 1292(b) interlocutory appeal and motion to dismiss individual defendants

| RAND | 07/16/2004 | 0.2 | $465.00 | $93.00 |

review Order denying motion to dismiss individual defendants and granting Ds' 1292(b) motion to take an interlocutory appeal

| RAND | 07/22/2004 | 0.2 | $465.00 | $93.00 |

t/c June Coleman re settlement and suggested handling of the proceeding if not settled

| RAND | 07/23/2004 | 0.3 | $465.00 | $139.50 |

t/c with Irv Berg re settlement and stay of proceeding, email our response to def atty

| RAND | 07/31/2004 | 0.2 | $465.00 | $93.00 |

review Answer and affirmative defenses of the individual defendants

| RAND | 08/07/2004 | 0.1 | $465.00 | $46.50 |

review Stipulation moving hearing on class cert to Sept 10, email comments and questions to Irv Berg

| RAND | 08/07/2004 | 1.1 | $465.00 | $511.50 |

review Petetion for immediate appeal to 9th Circuit and draft opposition

| RAND | 08/08/2004 | 1.2 | $465.00 | $558.00 |

t/c with Irv Berg, research and prepare our opposition to defendants' 1292(b) appeal to 9th Circuit, email to Irv Berg

| RAND | 08/08/2004 | 0.1 | $465.00 | $00.00 |

I gave orginal assignment to craigs file Answer with 9th Cir TO: craigs FROM: rand D:8/9/04 overnight O + 4 of Answer to 9th Circuit, Irv Berg will have all comments to you by 4:00 PM, mail copy to def atty and Irv. Due: 8/9/04

| RAND | 08/09/2004 | 0.4 | $465.00 | $186.00 |

complete Answer to Petition to 9th Circuit, prepare letter to Clerk

| RAND | 08/21/2004 | 0.6 | $465.00 | $279.00 |

review defendants' draft of Stipulated Protective Order, email my objections to Irv Berg

| RAND | 08/22/2004 | 0.8 | $465.00 | $372.00 |

review defendants' brief re class certification, proposed notice, etc., outline reply brief

| RAND | 08/22/2004 | 0.1 | $465.00 | $00.00 |

I gave orginal assignment to jim printout Ds' cases TO: jim FROM: rand D:8/23/04 printout the cases cited by defendants in their class brief (left on your desk). Due: 8/23/04

| RAND | 08/23/2004 | 0.4 | $465.00 | $186.00 |

t/c with Irv Berg, review discovery responses, t/c and email to June Coleman re depositions of defendants

| RAND | 08/24/2004 | 1.9 | $465.00 | $883.50 |

research and prepare Reply Brief re class certification

| RAND | 08/25/2004 | 0.3 | $465.00 | $00.00 |

arrange reporter for depositions of defendants

| RAND | 08/25/2004 | 4.2 | $465.00 | $1,953.00 |

research and prepare reply brief for class certification and class notice, email copy to Irv Berg for review and comment

| RAND | 08/26/2004 | 0.2 | $465.00 | $93.00 |

t/c with Irv Berg re changes to reply brief on class cert and scheduling defendants' depositions

| RAND | 08/26/2004 | 0.3 | $465.00 | $00.00 |

electronically sign and file reply memo and class notice

| SHANNON | 08/27/2004 | 0.1 | $115.00 | $11.50 |

Prepared for mailing Reply to Plaintiff's Motion for Class Certification.

| RAND | 09/02/2004 | 0.4 | $465.00 | $186.00 |

review letter from June Coleman re scheduling depositions, t/c with Irv Berg, email to June Coleman re deposition dates

| RAND | 09/03/2004 | 0.1 | $465.00 | $46.50 |

emails from/to/from June Coleman re depositions

| RAND | 09/08/2004 | 0.1 | $465.00 | $46.50 |

t/c with Irv Berg re depositions on Sept. 28 and 29

| RAND | 09/09/2004 | 7.7 | $465.00 | $3,580.50 |

travel to San Francisco for class hearing, review materials and argument in transit

| RAND | 09/10/2004 | 2.2 | $465.00 | $1,023.00 |

court appearance on motion for class certification

| RAND | 09/11/2004 | 7.6 | $465.00 | $3,534.00 |

travel back to Chicago

| RAND | 09/12/2004 | 0.1 | $465.00 | $46.50 |

Review Civil Minutes of class cert hearing

| RAND | 09/14/2004 | 0.8 | $465.00 | $372.00 |

prepare letter to June Coleman re production of net worth documents and scheduling depositions, email to Irv Berg for review, review Irv Berg's revisions, prepare fax to June Coleman

| RAND | 09/16/2004 | 0.4 | $465.00 | $186.00 |

research Ingram v. Corporate decision

| RAND | 09/28/2004 | 0.2 | $465.00 | $93.00 |

t/c with June Coleman re production of financial documents and potential dates for depositions

| RAND | 10/07/2004 | 1.6 | $465.00 | $744.00 |

review proposed protective order and compare with Court's wbsite version, t/c with June Coleman re problems with (1) Highly Confidential - Attorneys Eyes Only designation and (2) proposed dates of 10/19-20 as too soon, discuss ways to resolve these problems, t/c with Irv Berg re protective order, depositions, and how quickly the expert can review documents

| RAND | 10/07/2004 | 0.4 | $465.00 | $186.00 |

t/c with Irv Berg re availability of potential expert, dates for depositions, class size, prepare email to June Coleman re depositons

| RAND | 10/11/2004 | 0.9 | $465.00 | $418.50 |

t/c's with June Coleman re revisions to Protective Order and deposition dates for the parties, t/c with Irv Berg re deposition dates and confirmation from client and expert

| RAND | 10/12/2004 | 0.1 | $465.00 | $46.50 |

email from Irv Berg re our financial person and email of his name and address to June Coleman for inclusion in Protective Order

| RAND | 10/13/2004 | 0.4 | $465.00 | $186.00 |

t/c with Irv Berg re depositions, Ms. Camacho's availability, possibility of moving her deposition to Oct 26, meeting with client and financial expert, review and sign revised Protective Order and email to June Coleman and Irv Berg, t/c to June Coleman re moving depositions

| RAND | 10/13/2004 | 0.2 | $465.00 | $93.00 |

t/c with June Coleman re scheduling of depositions

| RAND | 10/13/2004 | 0.2 | $465.00 | $93.00 |

t/c with Irv Berg re scheduling depositions

| RAND | 10/13/2004 | 0.1 | $465.00 | $46.50 |

email to June Coleman re deposition on October 25 and 26

| RAND | 10/14/2004 | 0.1 | $465.00 | $46.50 |

email from/to June Coleman re start times for the depositions

| RAND | 10/15/2004 | 0.4 | $465.00 | $186.00 |

prepare fax and notice of deposition of C. Harbridge Law

| RAND | 10/15/2004 | 0.1 | $465.00 | $46.50 |

review letter from June Coleman regarding the number of class members

| RAND | 10/17/2004 | 1.9 | $465.00 | $883.50 |

review complaint, answer, discovery, research criteria of officers individual involvment, prepare Outline of Deposition of C. Harbridge Law

| RAND | 10/18/2004 | 0.4 | $465.00 | $186.00 |

review outline of class dep preparation, email to Irv Berg to share with client, inquire as to exhibits, review expert's services and procedure to request payment

| RAND | 10/18/2004 | 0.1 | $465.00 | $46.50 |

letter from June Coleman re number of class members

| RAND | 10/18/2004 | 0.1 | $465.00 | $00.00 |

review and approve payment of expert's evaluation fee

| RAND | 10/20/2004 | 0.1 | $465.00 | $46.50 |

review letters from June Coleman re depositions and net worth of each defendants

| RAND | 10/20/2004 | 0.3 | $465.00 | $139.50 |

t/c with Irv Berg re deposition of defendant and calculation of net worth, email research to Irv Berg

| RAND | 10/21/2004 | 0.1 | $465.00 | $00.00 |

I gave orginal assignment to jim copy folder to laptop TO: jim FROM: rand D:10/22/04 copy the Camacho folder to my laptop, replace any preexisting folder. Due: 10/22/04

| RAND | 10/21/2004 | 0.2 | $465.00 | $93.00 |

t/c with Irv Berg to discuss revising class definition and deposition of C. H. Law

| RAND | 10/22/2004 | 0.2 | $465.00 | $93.00 |

research Nakao v. International Data re liability of individual collector

| RAND | 10/23/2004 | 0.4 | $465.00 | $186.00 |

assemble documents and prepare for defendant's deposition

| RAND | 10/24/2004 | 7.4 | $465.00 | $3,441.00 |

travel to San Francisco, review documents and prepare for deposition on defendant in transit

| RAND | 10/25/2004 | 2.2 | $465.00 | $1,023.00 |

meet with expert in preparation for the deposition

| RAND | 10/25/2004 | 5.8 | $465.00 | $2,697.00 |

take deposition of defendant Christina Harbridge Law

| RAND | 10/26/2004 | 7.2 | $465.00 | $3,348.00 |

travel back to Chicago

| RAND | 10/27/2004 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

review fax from Irv Berg re motion to continue the Nov. 17 hearing, email comments

| RAND | 10/27/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review letters from defense atty re documents not contained in the original production of Harbridge Law documents

| RAND | 10/28/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review email from Irv Berg to June Coleman re reconvening Harbridge Law deposition on Nov. 10 and request for documents

| RAND | 10/30/2004 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

review information and briefing schedule from the 9th Cir.

| RAND | 11/09/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review Order from 9th Circuit re correction and resetting briefing schedule

| RAND | 11/09/2004 | 0.1 | $465.00 | $00.00 |
|---|---|---|---|---|

review bill and approve payment for defendant's deposition

| RAND | 11/15/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review Defendant's Proof of Service of Transcript Designation and Ordering Form

| RAND | 11/23/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review ECF notice of rescheduling CMC for Jan. 14

| RAND | 11/24/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review Order moving CMC date from Dec. 3 to Jan. 14

| RAND | 11/29/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review notice from 9th Circuit re filing Docketing Statement by appellants

| RAND | 11/30/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

t/c with defense counsel re staying district court case until 9th Circuit acts

| RAND | 12/06/2004 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review standard documents filed by defendant with the 9th Circuit

| RAND | 12/07/2004 | 0.2 | $465.00 | $93.00 |

review defendants' draft of stipulation to stay pending 9th Cir. decision, forward to Irv Berg for review and comment

| RAND | 12/08/2004 | 0.1 | $465.00 | $46.50 |

email from Irv Berg re stipulation to stay pending 9th Cir.'s decision, prepare fax to June Coleman of signed Stipulation

| RAND | 12/09/2004 | 0.1 | $465.00 | $46.50 |

review Order granting stay pending 9th Cir. decision

| RAND | 12/12/2004 | 0.1 | $465.00 | $46.50 |

email to Irv Berg re preparation of our brief in opposition to defendants' appeal to 9th Cir.

| RAND | 12/18/2004 | 2.6 | $465.00 | $1,209.00 |

review brief of Bridgeport's appellant's brief to 9th Cir., research, outline arguments

| RAND | 12/21/2004 | 0.6 | $465.00 | $279.00 |

research Thomas v. Simpson & Cybak re issue of statutory interpretation

| RAND | 12/27/2004 | 0.5 | $465.00 | $232.50 |

t/c conference with Dick Rubin to discuss the points and strategy for our Appellee's Brief

| RAND | 12/30/2004 | 5.3 | $465.00 | $2,464.50 |

reseach and prepare appellee's brief to be filed with the Ninth Circuit

| RAND | 12/31/2004 | 3.2 | $465.00 | $1,488.00 |

research and prepare appellee's brief

| RAND | 01/01/2005 | 2.9 | $465.00 | $1,348.50 |

research and prepare appellee's brief

| RAND | 01/02/2005 | 3.2 | $465.00 | $1,488.00 |

research and draft appellee's brief, email to counsel for comments

| RAND | 01/03/2005 | 2.4 | $465.00 | $1,116.00 |

discuss with counsel revisions to the first draft of Appellee's brief, research and revise brief

| RAND | 01/08/2005 | 2.7 | $465.00 | $1,255.50 |
|------|------------|-----|---------|-----------|

research and prepare appellee's brief

| RAND | 01/09/2005 | 3.4 | $465.00 | $1,581.00 |
|------|------------|-----|---------|-----------|

research and prepare appellee's brief, email to Irv Berg and Dick Rubin for review and comments

| RAND | 01/10/2005 | 0.3 | $465.00 | $139.50 |
|------|------------|-----|---------|---------|

t/c with Dick Rubin re his involvment with preparing appellee's brief, state of appellee's brief, email Contracts and Literacy to him

| RAND | 01/10/2005 | 0.2 | $465.00 | $93.00 |
|------|------------|-----|---------|--------|

t/c with 9th Circuit clerk re 14 day extension

| RAND | 01/13/2005 | 1.1 | $465.00 | $511.50 |
|------|------------|-----|---------|---------|

t/c with Dick Rubin re research for appellee's brief, research for cases discussing ACA recommendations regarding the validation notice, email results to Dick Rubin

| RAND | 01/13/2005 | 0.2 | $465.00 | $93.00 |
|------|------------|-----|---------|--------|

email from Dick Rubin re District Court filings, email to him

| RAND | 01/14/2005 | 0.2 | $465.00 | $93.00 |
|------|------------|-----|---------|--------|

email from/to Dick Rubin re documents filed with the 9th Circuit and authority for ACA validation notice

| RAND | 01/23/2005 | 0.1 | $465.00 | $46.50 |
|------|------------|-----|---------|--------|

review emails and final draft of appellee's brief, email comments to Dick Rubin

| RAND | 01/23/2005 | 1.3 | $465.00 | $604.50 |
|------|------------|-----|---------|---------|

review redraft of Appellees Brief, t/c and email to Dick Rubin with comments

| RAND | 01/26/2005 | 0.1 | $465.00 | $00.00 |
|------|------------|-----|---------|--------|

approve for payment invoice for copying and mailing Appellee's Brief to 9th Circuit

| RAND | 02/16/2005 | 0.1 | $465.00 | $46.50 |
|------|------------|-----|---------|--------|

email from/to Dick Rubin re filing of Appellants' reply brief

| RAND | 03/07/2005 | 0.1 | $465.00 | $46.50 |
|------|------------|-----|---------|--------|

review Order from 9th Cir. re request for judicial notice

| RAND | 04/08/2005 | 0.4 | $465.00 | $186.00 |

research Vega v. Credit Bureau Enterprises as additional argument supporting our position, email with comments to Dick Rubin

| SHANNON | 09/19/2005 | 0.1 | $115.00 | $00.00 |

cutoff f . Hrg on Appeal in the 9th Circuit Ct at 9 am Ct Rm 3 3 rd Flr D:November 14, 2005

| RAND | 09/19/2005 | 0.2 | $465.00 | $93.00 |

review 9th Circuit's notice of hearing, email Dick Rubin re oral argument and Acknowledgement

| RAND | 11/01/2005 | 0.2 | $465.00 | $93.00 |

t/c with Dick Rubin re contents of Rule 28(j) letter and oral argument

| SHANNON | 11/07/2005 | 0.1 | $115.00 | $00.00 |

cutoff f . Oral argument at 9 am in San Francisco D:November 14, 2005

| SHANNON | 11/07/2005 | 0.1 | $115.00 | $00.00 |

Received Order for oral argument set for 11-14-05 at 9 am.

| SHANNON | 11/07/2005 | 0.1 | $115.00 | $00.00 |

Received Order granting Defendant-Appellants Mtn requesting judicial notice.

| RAND | 11/07/2005 | 0.1 | $465.00 | $46.50 |

review Order from 9th Circuit limiting argument to 10 minutes on Nov. 14 at 9:00 AM

| RAND | 12/13/2005 | 0.3 | $465.00 | $139.50 |

review 9th Circuit's decision

| RAND | 12/13/2005 | 0.4 | $465.00 | $186.00 |

research Cummings v. Connell, 402 F.3d 936, 947-48 (9th Cir. 2005) re application for attorneys fees pursuant to Circuit Rule 39-1-6, discuss with Dick Rubin

| SHANNON | 12/21/2005 | 0.1 | $115.00 | $11.50 |

Prepared bill of costs in this case and prepared for mailing overnight.

| RAND | 12/22/2005 | 0.7 | $465.00 | $325.50 |

review status of the case, discus with Irv Berg, prepare settlement on behalf of the class to def atty June Koper

| RAND | 01/06/2006 | 0.4 | $465.00 | $186.00 |

t/c with Irv Berg, review and docket sheets to ascertain status of the mandate, email Irv Berg and Dick Rubin re issuance of mandate

| RAND | 01/09/2006 | 0.3 | $465.00 | $139.50 |

review file and outline strategy for proceeding, email to Irv Berg

| RAND | 01/13/2006 | 0.3 | $465.00 | $139.50 |

confer with June Koper re status of the class on remand, class certification, discovery, settlement, etc.

| RAND | 01/19/2006 | 0.2 | $465.00 | $93.00 |

email to co-counsel re defendants' position and needed discovery and class notice to the class members, where we go from here

| RAND | 01/19/2006 | 0.2 | $465.00 | $93.00 |

email from Dick Rubin and t/c with Irv Berg re next steps and discovery needed

| RAND | 01/22/2006 | 0.6 | $465.00 | $279.00 |

review deposition transcript of Bridgeport, email comments to co-counsel re bona fide error defense and class certification

| RAND | 01/24/2006 | 0.2 | $465.00 | $93.00 |

t/c with Irv Berg re class certification and summary judgment, deposition of Sargis, strategy

| RAND | 01/25/2006 | 0.9 | $465.00 | $418.50 |

review discovery responses re preparation of motion for summary judgment

| RAND | 01/25/2006 | 0.1 | $465.00 | $00.00 |

I gave original assignment to craigs prepare summary judgment TO: craigs FROM: rand D:2/8/06 prepare motion and brief for summary judgment, the violation is g(a)(3), damages are statutory, check LRs. Due: 2/8/06

| RAND | 01/25/2006 | 0.2 | $465.00 | $93.00 |

review discovery re defendant's statement of net worth

| RAND | 01/26/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

email to def atty re deposition of Ronald Sargis

| RAND | 01/27/2006 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

review and revise motion to decide class certification

| RAND | 01/27/2006 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

research regarding de minimus recovery per class member and email to Irv Berg

| SHANNON | 01/30/2006 | 0.1 | $115.00 | $00.00 |
|---|---|---|---|---|

cutoff f . CMC at 8:30 am Ctrm. 8 San Francisco, CA D:February 17, 2006

| RAND | 01/31/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review Order setting CMC for Feb. 17

| RAND | 01/31/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review letter from def atty June Koper re class certification and CMC

| RAND | 02/01/2006 | 0.7 | $465.00 | $325.50 |
|---|---|---|---|---|

prepare application for appearance at case management conference by telephone and proposed order, file by ECF

| RAND | 02/03/2006 | 1.6 | $465.00 | $744.00 |
|---|---|---|---|---|

review record and 9th Circuit's decision, draft CMC Statement, t/c with def atty June Koper to discuss, t/c to Irv Berg

| RAND | 02/06/2006 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

discuss CMC Statement with Irv Berg and forward draft to June Koper for Defendants' input

| RAND | 02/06/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review Order granting leave for me to appear by telephone

| RAND | 02/07/2006 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

email from/to June Koper re date of CMC and deposition of R. Sargis

| RAND | 02/11/2006 | 0.3 | $465.00 | $139.50 |
|---|---|---|---|---|

reseach Borcherding-Dittloff decision re error of law as a bona fide error

| RAND | 02/13/2006 | 0.1 | $465.00 | $46.50 |

review Amended Judgment of 9th Circuit taxing costs at $200

| RAND | 02/14/2006 | 0.1 | $465.00 | $46.50 |

review entry of Amended Judgment and Mandate circulated by the District Clerk

| RAND | 02/14/2006 | 0.1 | $465.00 | $46.50 |

review Order rescheduling CMC for March 10

| RAND | 02/14/2006 | 0.1 | $465.00 | $00.00 |

I gave original assignment to craigs prepare subpeona for Ronald Sargis TO: craigs FROM: rand D:2/21/06 Prepare subpeona to Ronald Sargis for documents relating to review and approval of Bridgeport's letter attached to complaint and for his deposition on March 9, discuss with me. Due: 2/21/06

| RAND | 02/15/2006 | 0.1 | $465.00 | $46.50 |

email to June Koper re payment of appeal costs and deposition of R. Sargis

| RAND | 02/15/2006 | 0.1 | $465.00 | $46.50 |

review email from June Koper re costs and March 17 hearing date

| RAND | 02/15/2006 | 0.1 | $465.00 | $46.50 |

review Clerk's notice of further CMC for March 10

| RAND | 02/15/2006 | 0.2 | $465.00 | $93.00 |

review email from June Koper re March 17 class hearing date and respond

| SHANNON | 02/15/2006 | 0.1 | $115.00 | $00.00 |

cutoff f . Mtn for Class Cert rescheduled to this date at 10 am. D:March 10, 2006

| RAND | 02/16/2006 | 0.1 | $465.00 | $46.50 |

review Order requiring defendants to submit objection to class definition

| CRAIGS | 02/20/2006 | 0.1 | $240.00 | $00.00 |

Email to Rand re assignments to draft motion for summary judgment and subpeona to Ronald Sargis.

| CRAIGS | 02/20/2006 | 0.4 | $240.00 | $00.00 |
|---|---|---|---|---|

Begin drafting subpoena to Ronald Sargis. Obtain form from Court website, ask Rand some questions re location of dep, dates, etc.

| RAND | 02/21/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review notice from the Court regarding return of appeal record

| RAND | 02/22/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

email with counsel re bona fide error defense and strategy

| RAND | 02/23/2006 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

Review defendants' filing regarding opposition to class certification and e-mail comments to Irv Berg, outline response

| RAND | 02/24/2006 | 0.3 | $465.00 | $139.50 |
|---|---|---|---|---|

discuss preparation of reply and presentation of March 10 argument with Irv Berg

| RAND | 02/27/2006 | 1.2 | $465.00 | $558.00 |
|---|---|---|---|---|

research and draft reply to defendants' response to Feb. 15 order

| RAND | 02/28/2006 | 1 | $465.00 | $465.00 |
|---|---|---|---|---|

Research and complete reply brief re: defendant's' response to February 15, 2006 order, email to Irv Berg

| RAND | 02/28/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

t/c to Ronald Sargis re his deposition

| RAND | 03/01/2006 | 0.3 | $465.00 | $139.50 |
|---|---|---|---|---|

t/c with Ronald Sargis and def atty re scheduling his deposition

| RAND | 03/01/2006 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

review Order rescheduling CMC for March 24, t/c with Mark Ellis re R. Sargis deposition

| RAND | 03/01/2006 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

review Irv's revisions to the class Reply, email comments and questions to Irv Berg

| RAND | 03/01/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review Amended Judgment taxing costs at $100

| RAND | 03/02/2006 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

prepare contents of subponea of Ronald Sargis for production and his depositon

| SHANNON | 03/02/2006 | 0.1 | $115.00 | $00.00 |
|---|---|---|---|---|

Called to schedule process service of Ronald Sargis in Sacramento, CA.

| RAND | 03/02/2006 | 0.3 | $465.00 | $139.50 |
|---|---|---|---|---|

t/c with Irv Berg re preparation to defendants' response to Judge's Order and preparation of the CMC

| SHANNON | 03/02/2006 | 0.1 | $115.00 | $00.00 |
|---|---|---|---|---|

cutoff f . CMC Statement due D:March 10, 2006

| RAND | 03/02/2006 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

research Reynolds decision re defendants' error of law as a BFE defense

| RAND | 03/02/2006 | 0.4 | $465.00 | $186.00 |
|---|---|---|---|---|

complete and efile Reply to defendants' response to Feb. 15, 2006 Order

| SHANNON | 03/03/2006 | 0.3 | $115.00 | $34.50 |
|---|---|---|---|---|

Completed Sargis subpoena, set up for process service, check requests, and overnighted to process service.

| SHANNON | 03/03/2006 | 0.1 | $115.00 | $00.00 |
|---|---|---|---|---|

Resent communication letter to Ms. Camacho after getting updated address form Irv Berg.

| RAND | 03/03/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

t/c to Mark Ellis re CMC Statement

| RAND | 03/06/2006 | 1.2 | $465.00 | $558.00 |
|---|---|---|---|---|

research and prepare Case Management Report

| RAND | 03/09/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

t/c with Irv Berg re no response from def atty re CMC statement

| RAND | 03/09/2006 | 0.7 | $465.00 | $325.50 |
|---|---|---|---|---|

complete Case Management Report, t/c to Mark Ellis, discuss with Irv Berg

| RAND | 03/10/2006 | 0.3 | $465.00 | $139.50 |
|---|---|---|---|---|

review defendants' draft of CMC

| RAND | 03/10/2006 | 2.2 | $465.00 | $1,023.00 |
|---|---|---|---|---|

review Defendants' draft of Joint CMC Statement, research and rewrite, email to counsel

| RAND | 03/10/2006 | 0.9 | $465.00 | $418.50 |
|---|---|---|---|---|

discuss with CMC Statement with June Koper, prepare Plaintiff's CMC Statement and efile

| SHANNON | 03/13/2006 | 0.2 | $115.00 | $00.00 |
|---|---|---|---|---|

Converted CMC statement to wordperfect format.

| RAND | 03/13/2006 | 1.1 | $465.00 | $511.50 |
|---|---|---|---|---|

research and outline deposition questions for Ronald Sargis

| RAND | 03/15/2006 | 0.1 | $465.00 | $00.00 |
|---|---|---|---|---|

I gave original assignment to shannon return file to cabinet TO: shannon FROM: rand D:3/22/06 return the paper file to my filing cabinet, assemble the complaint, CMC Statements for the 3/24 CMC, and 9th Circuit's published opinion. Due: 3/22/06

| CRAIGS | 03/20/2006 | 0.2 | $240.00 | $00.00 |
|---|---|---|---|---|

Talk with Shannon about returned subpoena to Sargis (not served), instruct her to call Rand to see what should be done.

| RAND | 03/21/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

t/c to Ron Sargis to confirm his deposition for March 24

| RAND | 03/22/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

t/c to def atty Mark Ellis re deposition of Ronald Sargis

| RAND | 03/22/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

t/c with witness to confirm deposition date and time

| RAND | 03/23/2006 | 7.6 | $465.00 | $3,534.00 |
|---|---|---|---|---|

travel to San Francisco for class motion, CMC, and deposition of Ronald Sargis, review and prepare while in transit

| RAND | 03/24/2006 | 1.6 | $465.00 | $744.00 |
|---|---|---|---|---|

attend oral argument of class certification motion and CMC

| RAND | 03/24/2006 | 2.7 | $465.00 | $1,255.50 |

take deposition of Ronald Sargis and discuss class notice and settlement with Mark Ellis

| RAND | 03/25/2006 | 6.4 | $465.00 | $2,976.00 |

travel back to Chicago

| RAND | 03/27/2006 | 0.8 | $465.00 | $372.00 |

prepare second set of discovery to defendants

| SHANNON | 03/27/2006 | 0.1 | $115.00 | $00.00 |

Faxed and Mailed correspondence to Koper & Ellis & Irv Berg

| RAND | 03/31/2006 | 0.2 | $465.00 | $93.00 |

t/c with June Coleman regarding class list, class notice, and settlement

| RAND | 04/05/2006 | 0.8 | $465.00 | $372.00 |

research Johnson v. Riddle re bona fide error defense

| CRAIGS | 04/05/2006 | 0.5 | $240.00 | $00.00 |

Review 10th Cir's Johnson v. Riddle, which discusses bona fide error defense.

| RAND | 04/07/2006 | 0.1 | $465.00 | $46.50 |

email to June Koper re settlement and names and addresses of class members

| RAND | 04/12/2006 | 0.1 | $465.00 | $00.00 |

review deposition bill and approve for payment

| RAND | 04/14/2006 | 0.4 | $465.00 | $186.00 |

review Order certifying class and diary dates, discuss settlement with June Coleman

| RAND | 04/14/2006 | 0.1 | $465.00 | $00.00 |

I gave original assignment to shannon calculate costs and fees TO: shannon FROM: rand D:4/17/06 calculate the costs and fees. Due: 4/17/06

| SHANNON | 04/14/2006 | 0.5 | $115.00 | $57.50 |

Prepared attorney Costs & Fees Report.

| RAND | 04/14/2006 | 0.1 | $465.00 | $46.50 |

email to co-counsel re settlement and amount of costs and fees

| RAND | 04/17/2006 | 0.1 | $465.00 | $46.50 |

email from/to June Coleman re settlement and request extension to send class notice

| RAND | 04/18/2006 | 0.1 | $465.00 | $46.50 |

t/c with June Koper re settlement and attorneys fees

| RAND | 04/24/2006 | 0.2 | $465.00 | $93.00 |

review class certification order, notes on our offer of settlement, and email comments to June Koper

| RAND | 04/26/2006 | 0.1 | $465.00 | $46.50 |

email from/to June Koper re settlement and class list

| RAND | 05/02/2006 | 0.1 | $465.00 | $46.50 |

review email from June Koper re class list and settlement, comment to Irv Berg

| RAND | 05/02/2006 | 0.2 | $465.00 | $93.00 |

reached a settlement agreement with defense attorney June Koper, emailed terms to Irv Berg with comments

| RAND | 05/02/2006 | 0.2 | $465.00 | $93.00 |

discuss terms of settlement with Irv Berg, write June Koper to confirm terms of settlement

| RAND | 05/09/2006 | 0.1 | $465.00 | $46.50 |

review responses of defendants to second set of discovery

| RAND | 06/01/2006 | 0.1 | $465.00 | $46.50 |

discuss status of case with Irv Berg, email June Koper re preparation of settlement agreement

| RAND | 06/15/2006 | 0.1 | $465.00 | $46.50 |

review email from June Koper promising settlement documents

| RAND | 06/23/2006 | 0.1 | $465.00 | $46.50 |

email June Koper re status of settlement documents

| RAND | 06/27/2006 | 0.3 | $465.00 | $139.50 |

review settlement documents

| RAND | 06/29/2006 | 0.9 | $465.00 | $418.50 |

review and revise the settlement documents, email comments to counsel

| RAND | 07/05/2006 | 0.9 | $465.00 | $418.50 |

prepare 2d set of discovery re defendants' attorneys fees and costs

| RAND | 07/05/2006 | 0.3 | $465.00 | $139.50 |

review final draft of settlement documents, sign Settlement Agreement and email to June Koper

| RAND | 07/17/2006 | 0.1 | $465.00 | $46.50 |

review status of signing and filing of settlement documents, email questions to Irv Berg

| RAND | 07/17/2006 | 0.2 | $465.00 | $93.00 |

t/c Irv Berg re status of client's signing of settlement agreement, t/c with June Koper re notifying Court of settlement

| RAND | 07/19/2006 | 0.1 | $465.00 | $00.00 |

forward client's signature to the Settlement Agreement to def atty June Koper

| RAND | 07/21/2006 | 0.1 | $465.00 | $46.50 |

emails from/to counsel re completion of class notice and date for preliminary approval

| SHANNON | 07/25/2006 | 0.1 | $115.00 | $00.00 |

cutoff f . Preliminary Approval Hrg at 10 am ctrm 8, 19 Flr D:August 25, 2006

| RAND | 08/11/2006 | 0.1 | $465.00 | $46.50 |

t/c with Irv Berg re attending the preliminary approval hearing

| RAND | 08/12/2006 | 0.1 | $465.00 | $46.50 |

review and respond to email questions from Irv Berg re the preliminary approval hearing

| RAND | 08/24/2006 | 0.1 | $465.00 | $00.00 |

email to Irv Berg re motion to compel

| RAND | 08/24/2006 | 0.1 | $465.00 | $00.00 |
|---|---|---|---|---|

conduct meet and confer with June Koper re responses to discovery of defendants' costs and fees

| SHANNON | 08/28/2006 | 0.1 | $115.00 | $00.00 |
|---|---|---|---|---|

cutoff f . Final Fairness Hrg at 10 am ctrm 8, San Francisco, Ca, Judge Breyer D:November 17, 2006

| RAND | 08/28/2006 | 0.2 | $465.00 | $00.00 |
|---|---|---|---|---|

outline preparation of motion to compel responses to 2d set of discovery and brief in support

| RAND | 08/28/2006 | 0.1 | $465.00 | $00.00 |
|---|---|---|---|---|

I gave original assignment to craigs prepare motion to compel discovery TO: craigs FROM: rand D:9/1/06 prepare motion to compel responses to 2d set of discovery RFAs 17. ROGs 1-3 and 5-7, and RPDs 1-3. Due: 9/1/06

| CRAIGS | 08/30/2006 | 0.6 | $240.00 | $00.00 |
|---|---|---|---|---|

begin drafting motion to compel second response to plaintiff's second set of discovery requests

| CRAIGS | 08/31/2006 | 1.1 | $240.00 | $00.00 |
|---|---|---|---|---|

Complete Motion to Compel. Draft Memo in Support. Compile all exhibits.

| RAND | 09/01/2006 | 0.4 | $465.00 | $00.00 |
|---|---|---|---|---|

research and prepare motion to compel and brief, email to Irv Berg asnd Dick Rubin for review

| RAND | 09/01/2006 | 0.3 | $465.00 | $00.00 |
|---|---|---|---|---|

discuss content and timing of motion to compel Bridgeport's attorneys fees with Dick Rubin and Irv Berg

| RAND | 09/04/2006 | 0.2 | $465.00 | $00.00 |
|---|---|---|---|---|

prepare memorandum in support of motion to compel discovery

| RAND | 09/05/2006 | 0.7 | $465.00 | $00.00 |
|---|---|---|---|---|

research and prepare motion to compel discovery and memorandum

| RAND | 09/09/2006 | 0.3 | $465.00 | $00.00 |
|---|---|---|---|---|

prepare motion to compel discovery and memorandum, email to Irv Berg for review

| RAND | 09/11/2006 | 0.1 | $465.00 | $00.00 |
|---|---|---|---|---|

t/c to Irv Berg re motion to compel

| RAND | 09/11/2006 | 0.2 | $465.00 | $00.00 |
|---|---|---|---|---|

t/c with Irv Berg's office and make final revisions prior to efiling motion to compel

| CRAIGS | 09/11/2006 | 0.2 | $240.00 | $00.00 |
|---|---|---|---|---|

efile motion to compel and supporting documents. discuss same with Rand.

| CRAIGS | 09/12/2006 | 0.1 | $240.00 | $00.00 |
|---|---|---|---|---|

review order referring case to magistrate for discovery purpsoes. discuss same with Rand.

| RAND | 09/13/2006 | 0.4 | $465.00 | $00.00 |
|---|---|---|---|---|

review Order denying discovery motion and review Standing Order of Judge James re discovery, emails to/from Irv Berg re how to proceed

| RAND | 09/15/2006 | 0.2 | $465.00 | $93.00 |
|---|---|---|---|---|

email June Coleman re complying with #3 and #4 of Judge James' Standing Order Re Discovery and Dispute Procedures

| RAND | 10/12/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

t/c with Irv Berg re notice to the class

| RAND | 10/15/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

t/c with June Coleman re compliance with CAFA requirements, I explained that CAFA did not apply to this case

| RAND | 10/18/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

review and approve notice to clas

| RAND | 10/23/2006 | 0.1 | $465.00 | $00.00 |
|---|---|---|---|---|

t/c with Irv Berg re meet and confer with June Coleman on motion to compel discovery re defendant's fees

| RAND | 11/01/2006 | 0.3 | $465.00 | $00.00 |
|---|---|---|---|---|

review draft of letter to Judge James re discovery issue and comment to Irv Berg and suggest revisions

| RAND | 11/03/2006 | 0.1 | $465.00 | $00.00 |
|---|---|---|---|---|

review Order setting a date for in person meet and confer session

| RAND | 11/08/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

email to co-counsel re final fairness hearing and our motion for attorneys fees

| RAND | 11/08/2006 | 0.1 | $465.00 | $00.00 |
|---|---|---|---|---|

I gave original assignment to craigs prepare attorneys fees motion TO: craigs FROM: rand D:11/27/06 prepare motion, memorandum, and my Declaration for attorneys fees and costs, declarations from Irv Berg and Dick Rubin should be by November 22. Due: 11/27/06

| RAND | 11/13/2006 | 0.6 | $465.00 | $00.00 |
|---|---|---|---|---|

re compeling discovery responses, discuss the requirements of the Standing Order of Judge James with Irv Berg, review the drafts by def atty, outline position and strategy with Irv Berg

| RAND | 11/13/2006 | 1.7 | $465.00 | $00.00 |
|---|---|---|---|---|

t/c's with Irv Berg and June Coleman re Joint Letter to compel discovery, draft Joint Letters

| RAND | 11/14/2006 | 0.3 | $465.00 | $139.50 |
|---|---|---|---|---|

t/c's with Irv Berg and June Coleman re the Nov. 17 final fairness hearing

| RAND | 11/15/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

email among counsel re proposed Final Order

| RAND | 11/16/2006 | 0.4 | $465.00 | $186.00 |
|---|---|---|---|---|

review and revise Joint Application for final approval and forward with comments to June Coleman

| RAND | 11/16/2006 | 0.1 | $465.00 | $46.50 |
|---|---|---|---|---|

t/c with Dick Rubin re preparation of motion for attorneys fees

| RAND | 11/17/2006 | 0.4 | $465.00 | $186.00 |
|---|---|---|---|---|

review Final Approval Order and minute entry, discuss with Irv Berg, emails re preparing Declarations for attorneys fees

| RAND | 11/17/2006 | 0.1 | $465.00 | $00.00 |
|---|---|---|---|---|

I gave original assignment to craigs draft Declarations TO: craigs FROM: rand D:11/20/06 of Mark Chavez and Jim Sturdevant re hourly rate. Due: 11/20/06

| Attorney | Unbilled Hours | Billed Hours | Hourly Rate | Total |
|----------|---------------:|-------------:|------------:|------:|
| O. Randolph Bragg | 8.7 | 156.5 | 465.00 | $72,772.50 |
| Craig M. Shapiro | 3.2 | 0.0 | 240.00 | $00.00 |
| Shannon (paralegal) | 1.4 | 1.0 | 115.00 | $115.00 |
| Lawclerk | 0.0 | 13.0 | 115.00 | $1,495.00 |

Total Unbilled Hours:    13.3
Total Unbilled Fees:     $4,974.50

Total Billed Hours:     173.7
Total Fees:             $74,382.50