Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

O. Randolph Bragg (Ill. Bar # 6221983)
Craig M. Shapiro (Ill. Bar # 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (Fax)
rand@horwitzlaw.com
craig@horwitzlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA CAMACHO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGEPORT FINANCIAL, INC., a California Corporation, and CHRISTINA HARBRIDGE, RAY LEWIS, individuals<br><br>Defendants. | Civil Action No.: C 04-0478 CRB<br><br>**DECLARATION OF MARK A. CHAVEZ REGARDING HOURLY RATES** |

DECLARATION OF MARK A. CHABEZ REGARDING HOURLY RATES

I, MARK A. CHAVEZ, hereby declare as follows:

1. I make this Declaration of my own personal knowledge, and if called to testify, I could and would testify competently to the matters stated herein.

2. I am an attorney duly licensed to practice before all courts of the State of California. I am a partner in the law firm of Chavez & Gertler LLP.

## PROFESSIONAL EXPERIENCE AND QUALIFICATIONS

3. I am an attorney with substantial experience representing consumers and other plaintiffs in class actions and unfair business practices litigation. I have summarized my background and qualifications below.

4. I received my B.A. summa cum laude from the University of the Americas in 1975 and my J.D. from Stanford Law School in 1979. In the fall of 1978, I served as a Judicial Extern for the Honorable Mathew O. Tobriner, then Senior Associate Justice of the California Supreme Court. After graduating from law school, I joined the Civil Division of the United States Department of Justice in Washington, D.C., through the Attorney General Honors Program. I was subsequently employed with the law firm of Pillsbury, Madison & Sutro in San Francisco, California as an associate, and was a partner in the law firm of Farrow, Bramson, Chavez & Baskin in Walnut Creek, California. I am currently a partner in the law firm of Chavez & Gertler LLP in Mill Valley, California. I am A-V rated by Martindale-Hubbell.

5. I am a member in good standing of the California State Bar and the bars of United States District Courts for the Northern, Eastern, Central and Southern Districts of California. In connection with individual cases, I have been admitted to appear before the United States District Courts for the District of Arizona, the District of Colorado, the District of Columbia, the Middle District of Florida, the Southern District of Florida, the District of Idaho, the Northern District of Illinois, the Eastern District of Pennsylvania, the District of New Jersey, the Eastern District of New York and the Western District of Washington. I have also been admitted pro hac vice and have appeared before state trial courts in Alabama, Arizona, Florida, Missouri, Ohio and Washington.

6. I am also admitted to practice before the United States Supreme Court and the United States Court of Appeals for the Ninth Circuit, the District of Columbia Circuit and the Eleventh Circuit. I have argued appeals before the United States Court of Appeals, the California Supreme Court and the California Court of Appeals. The published appellate opinions in the cases I have been involved in include the following:

(a) Olszeweski v. ScrippsHealth, 30 Cal.4th 798 (2003);

(b) Washington Mutual Bank v. Superior Court, 24 Cal.4th 906 (2001);

(c) Linder v. Thrifty Oil Co., 23 Cal.4th 429 (2000) (argued as counsel for amicus);

(d) Smiley v. Citibank, 11 Cal.4th 138 (1995) (counsel for amicus);

(e) AICCO, Inc. v. Insurance Co. of North America, 90 Cal.App.4th 579 (2001) (argued as counsel for amicus);

(f) Norwest Mortgage, Inc. v. Superior Court, 72 Cal.App.4th (1999);

(g) Rowland v. U.S. Dist. Court for Northern Dist. Of California, 849 F.2d 380 (9th Cir. 1988);

(h) Toussaint v. McCarthy, 801 F.2d 1080 (9th Cir. 1986); and

(i) Gardiner v. Sea-Land Service, Inc., 786 F.2d 943 (9th Cir. 1986).

7. In the course of my career, I have handled a number of other significant cases at the trial court (but not appellate) level including the following:

(a) Karahalios v. National Federal of Federal Employee, Local 1263, 489 U.S. 527 (1989) - action involving the scope of federal court jurisdiction over federal labor matters;

(b) United States v. PATCO, 524 F.Supp. 160 (D.D.C. 1981) - action to enjoin the air traffic controllers from engaging in a nationwide strike; and,

(c) United Presbyterian Church v. Reagan, et al., 738 F.2d 1375 (D.C. Cir. 1984) - action challenging the constitutionality of President Reagan's Executive Order redefining the scope of permissible intelligence activities by the CIA, NSA and FBI.

8.      Throughout my career, I have been actively involved in a number of organizations seeking to promote the interests of consumers through public interest litigation and advocacy. I am currently a member of the Board of Directors of Disability Rights Advocates, Trial Lawyers for Public Justice, and the National Consumer Law Center, three national public interest organizations. I was a founding member of the Stanford Public Interest Law Foundation in 1978 and in 1993 was one of three original members named honorary members of its Board of Directors in recognition of the extent and duration of our support for the organization. For several years, I was a member of the Board of Directors of the San Francisco Trial Lawyers Association and I am also a former member of the Board of Governors of the Consumer Attorneys of California (formerly California Trial Lawyers Association). In 1993, I and seven other consumer attorneys from across the country founded the National Association of Consumer Advocates and I am its former Co-Chair, former Vice-President and former member of its Board of Directors. The National Association of Consumer Advocates is a non-profit corporation formed in response to the belief that an organization of private and public sector attorneys, legal services attorneys, law professors and students, whose primary practice or interests involve the protection and representation of consumers, was needed. Its mission is to promote justice for all consumers by maintaining a forum for information sharing among consumer advocates across the country and to serve as a voice for its members as well as consumers in the ongoing struggle to curb unfair and abusive business practices.

9.      I have spoken frequently on various class action and consumer law issues. In recent years, I have given presentations at the annual convention of the American Bar Association, the National Consumer Rights Litigation Conference, the annual convention of the State Bar of California, the annual convention of the Consumer Attorneys of California, the California Bankers Association Conference, and the Banking Litigation Seminar of the Association of the Bar of the City of New York. For many years, I was the Co-Chair of the Practising Law Institute's Consumer Financial Services Litigation Program in New York and San Francisco. I am currently a member of the Editorial Board of Consumer Financial

Services Law Reporter.

10. Articles that I have published include: "The George Court Issues Surprising Endorsement of Class Action Device in Linder v. Thrifty Oil," FORUM, January/February 2001, at 12; "Kraus, Cortez and Future Battlegrounds In Representative Actions Under the Unfair Competition Law," FORUM, July/August 2000, at 33 (co-authored with Alan M. Mansfield). I also co-authored (with Kim Card) a paper entitled "Recent Developments In California Law On Class Certification Issues," for the Consumer Attorneys of California 35th Annual Tahoe Seminar Consumer Remedies Program, at which I was a speaker, and a paper entitled "California's Unfair Competition Law – The Structure and Use of Business and Professions Code § 17200," for the Practising Law Institute's Consumer Financial Services Litigation 2006 Conference.

11. In the twenty-seven years that I have been practicing law, I have spent a substantial portion of my career litigating class action cases. I have had extensive experience handling such actions in both the federal and state courts. In April 2000, I successfully argued Linder v. Thrifty Oil, 23 Cal.4th 429 (2000) before the California Supreme Court, on behalf of amicus the Consumer Attorneys of California. Linder was the first decision on class certification issues decided by the California Supreme Court in nearly two decades. I was co-counsel for the plaintiff class in Washington Mutual Bank, F.A. v. Superior Court, 24 Cal.4th 906 (2001), in which the California Supreme Court defined the rules governing certification of nationwide classes in California. I have also served as lead or co-lead counsel in over 90 other class actions. Although most class actions settle prior to trial, I was co-counsel for the plaintiff class in a two month federal court class action trial at which 65 witnesses testified and over 1,000 exhibits were introduced.

12. Unlike many plaintiffs' attorneys, I have had substantial experience representing defendants in large scale class actions. I defended such cases both while I was with the United States Department of Justice and while in private practice. For example, I previously served as lead or co-counsel for the defendants in the following class actions:

(a) Alexandra v. Alamo (Alameda Sup. Ct. No. 640832-9) - statewide class

action challenging the price of collision damage waivers sold by a car rental company.

(b) <u>Nosse, et al. v. Volkswagen of America, Inc.</u> (S.F. Sup. Ct. No. 780024) - statewide class action suit seeking damages allegedly resulting from a defective part in 1974-1979 Volkswagen manufactured vehicles.

(c) <u>Bernice Turbeville v. William Casey and Central Intelligence Agency</u> (E.D. Va. Civil Action No. 81-1058-A) - nationwide class action alleging sex discrimination in promotion, training and overseas assignments of the CIA's female operations officers.

13. I practice before the United States District Court for the Northern District of California and am familiar with the hourly rates charged by attorneys who practice in the area of consumer class actions before this Court. I periodically establish hourly rates for the billable personnel at our firm. I establish the rates based on prevailing market rates in the Bay Area for attorneys of comparable skill, experience, and qualifications. These are the rates to be charged to paying clients. I obtain information concerning market rates from other attorneys in the area and from information that occasionally appears in the local press. Based on information I reviewed in setting our hourly rates, I believe the hourly rates charged by plaintiff's counsel in this action to be consistent with, if not slightly lower than, the current prevailing market rates charged by other attorneys in the Bay Area with comparable skills, qualifications, experience, and reputation.

14. The hourly rates of attorneys with O. Randolph Bragg's experience and expertise in consumer class action litigation who practice in the Northern District are equal to or in excess of $465 per hour. Therefore, I believe that $465 per hour would be a reasonable and appropriate hourly rate for Mr. Bragg's legal work.

15. The hourly rates for attorneys with Irv Berg's experience and expertise in
16. consumer class action litigation who practice in the Northern District are equal to or in excess of $425 per hour. Therefore, I believe that $425 per hour would be a reasonable and appropriate hourly rate for Mr. Berg' legal work.

5

17. The hourly rates of attorneys with Richard Rubin's experience and expertise in consumer class action litigation who practice in the Northern District are equal to or in excess of $500 per hour. Therefore, I believe that $500 per hour would be a reasonable and appropriate hourly rate for Mr. Rubin's legal work

18. I have known O. Randolph Bragg and Richard Rubin for several years, and I am familiar with their expertise, qualifications and standing in the legal community. I also have familiarity with the work of Irv Berg.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: 11/28/06 

Mark A. Chavez