Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

O. Randolph Bragg (Ill. Bar # 6221983)
Craig M. Shapiro (Ill. Bar # 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (Fax)
rand@horwitzlaw.com
craig@horwitzlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA CAMACHO, on behalf of herself and all others similarly situated, | **Case No.: C 04- 0478 CRB** |
| Plaintiff, | STIPULATION TO MOVE HEARING DATE |
| v. | |
| BRIDGEPORT FINANCIAL, INC., a California Corporation, and CHRISTINA HARBRIDGE, RAY LEWIS, individuals, | **Date: January 5, 2007**<br>**Time: 10:00 a.m.**<br>**Court room No. 8, 19th Floor**<br>**Honorable Charles R. Breyer** |
| Defendants. | |

## STIPULATION TO MOVE HEARING DATE

Plaintiff Rita Camacho and Defendants Bridgeport Financial, Inc., Christina Harbridge, and Lenin Canio aka Ray Lewis ("Defendants") stipulate to move the hearing date for Plaintiff's Motion for an Award of Attorneys Fees and Costs (Docket #126) of January 5, 2007 at 10:00 A.M. to January 19, 2007 at 10:00 A.M.

1

  s/ O. Randolph Bragg
O. Randolph Bragg
Craig M. Shapiro
HORWITZ, HORWITZ & ASSOC.
25 E. Washington St., Suite 900
Chicago, IL 60602
(312) 372-8822
(312) 372-1673

Irving L. Berg
THE BERG LAW GROUP
433 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

ATTORNEYS FOR PLAINTIFF

  s/ June D. Coleman
June D. Coleman
ELLIS COLEMAN POIRIER
LA VOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
916-283-8820
fax: 916-283-8821

ATTORNEYS FOR DEFENDANTS

SO ORDERED:

Charles R. Breyer
U.S.D.J.

December 21, 2006

IT IS SO ORDERED
Judge Charles R. Breyer

2