IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA CAMACHO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BRIDGEPORT FINANCIAL, INC., et al.,<br><br>    Defendants.                  / | No. C 04-00478 CRB<br><br>**ORDER** |

    Defendant is hereby ORDERED to provide this Court with a declaration containing the following information: (1) the name of all attorneys who worked as defense counsel in this case; (2) the billing rate of each such attorney; (3) the date on which each such attorney worked on the case; and (4) the number of hours worked on each such date by each such attorney; and (5) the total amount billed or billable due to the work of each such attorney on the case.  Defendant shall submit this declaration not later than Monday, January 15, 2007.

**IT IS SO ORDERED.**

Dated: January 9, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\0478\Order 3 fees.wpd