O. Randolph Bragg (Ill. Bar # 6221983)
Craig M. Shapiro (Ill. Bar # 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602
Telephone:   (312) 372-8822
Facsmile:    (312) 372-1673

Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, No. 493
Corte Madera, California 94925
Telephone:   (415) 924-0742
Facsimile:   (415) 891-8208

Richard J. Rubin
1300 Canyon Road
Santa Fe, New Mexico 87501
Telephone:   (505) 983-4418
Facsimile:   (505) 983-2050

Richard M. Pearl
LAW OFFICES OF RICHARD M. PEARL
1816 Fifth Street
Berkeley, California 94710
Telephone:   (510) 649-0810
Facsimile:   (510) 548-5074

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA CAMACHO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGEPORT FINANCIAL, INC., a California Corporation, and CHRISTINA HARBRIDGE, RAY LEWIS, individuals,<br><br>Defendants. | Case No.: C 04- 0478 CRB<br><br>**ASSOCIATION OF COUNSEL**<br><br>Date: N/A<br>Time: N/A<br>Courtroom No. 8, 19th Floor<br>Honorable Charles R. Breyer |

1 |     Plaintiff-Appellant, RITA CAMACHO, through her attorneys, O. Randolph Bragg,
2 | HORWITZ, HORWITZ & ASSOC., Irving L. Berg, THE BERG LAW GROUP, and Richard J.
3 | Rubin, does hereby associate Richard M. Pearl of the LAW OFFICES OF RICHARD M. PEARL
4 | as her attorney for the plaintiff's application for an award of reasonable attorneys' fees.

6 | DATED: June 3, 2008          Irving L. Berg
                                       THE BERG LAW GROUP

                                       Richard J. Rubin

                                       O. Randolph Bragg
                                       HORWITZ, HORWITZ & ASSOC.

                     By    S/ O. Randolph Bragg
                                         O. Randolph Bragg

I accept the Association of Counsel.

DATED: June 3, 2008

                                       *(signature)*
                                       RICHARD M. PEARL