1   O. Randolph Bragg, *pro hac vice*
    HORWITZ, HORWITZ & ASSOC.
2   25 E. Washington St, Suite 900
    Chicago, Illinois 60602
3   Telephone:    (312) 372-8822
    Facsimile:    (312) 372-1673
4
    Irving L. Berg (SBN 36273)
5   THE BERG LAW GROUP
    145 Town Center, No. 493
6   Corte Madera, California 94925
    Telephone:    (415) 924-0742
7   Facsimile:    (415) 891-820
8   Richard M. Pearl (SBN 46351)
    LAW OFFICES OF RICHARD M. PEARL
9   1816 Fifth Street
    Berkeley, California 94710
10  Telephone:    (510) 649-0810
    Facsimile:    (510) 548-5074
11
    Attorneys for Plaintiff Class
12

13

14              UNITED STATES DISTRICT COURT

15        FOR THE NORTHERN DISTRICT OF CALIFORNIA

16              SAN FRANCISCO DIVISION

17

18  RITA CAMACHO, on behalf of herself and     Case No.: C 04- 0478 CRB
    all others similarly situated,
19                                             **DECLARATION OF RICHARD M.**
                          Plaintiff,           **PEARL IN SUPPORT OF**
20                                             **PLAINTIFFS' RENEWED MOTION**
                                               **FOR AWARD OF REASONABLE**
21        v.                                   **ATTORNEYS' FEES**

22  BRIDGEPORT FINANCIAL, INC.,
    CHRISTINA HARBRIDGE, RAY LEWIS,            Date:  Submitted Without Hearing
23  individuals,                               Time:  N/A
                                               Place: 450 Golden Gate Avenue, Courtroom 8,
                          Defendants.                 19th Floor, San Francisco, CA
24  _____/           Judge: Honorable Charles R. Breyer

25

26

27

28

Declaration of Richard M. Pearl in Support of Renewed      *Camacho, et al. v. Bridgeport Financial, et al.*
Motion for Award of Reasonable Attorneys' Fees             Case No. C 04-0478 CRB

1
2

### DECLARATION OF RICHARD M. PEARL
### IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR
### AWARD OF REASONABLE ATTORNEYS' FEES

3    I, Richard M. Pearl, declare:

4    1.    I am a member in good standing of the California State Bar.  I was retained by

5    Plaintiffs and their attorneys Rand Bragg and Richard Rubin to represent them on their appeal

6    in this matter and on this renewed motion for award of reasonable attorneys' fees. Consistent

7    with the Court's directive, this declaration is submitted solely in support of the undersigned's

8    claim for fees for the current renewed  motion.

9    2.    Briefly summarized, my background is as follows:  I am a 1969 graduate of Boalt

10   Hall School of Law, University of California, Berkeley.  After graduation, I spent fourteen

11   years in federally funded legal services programs before going into private practice in 1982.

12   From 1977 to 1982, I was Director of Litigation for California Rural Legal Assistance, Inc., a

13   statewide legal services program with more than fifty attorneys.  Since April 1987, I have been

14   a sole practitioner in the San Francisco Bay Area.  Martindale Hubbell rates my law firm "AV."

15   I also have been selected as a Northern California "Super Lawyer" in Appellate Law for 2005,

16   2006, and 2007. A copy of my Resume is attached hereto as Exhibit A.

17   3.    Since 1982, my practice has been a general civil litigation and appellate practice,

18   with an emphasis on cases and appeals involving court-awarded attorneys' fees.  I have

19   lectured and written extensively on court-awarded attorneys' fees.  I have been a member of the

20   California State Bar's Attorneys Fees Task Force and have testified before the State Bar Board

21   of Governors and the California Legislature on attorneys' fee issues.  I am the author of

22   *California Attorney Fee Awards, 2d Ed.* (Calif. Cont. Ed. of Bar 1994), and its 1995, 1996,

23   1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, and 2007 Supplements.  This

24   treatise has been cited by the California appellate courts on more than 30 occasions.  I also

25   authored the 1984, 1985, 1987, 1988, 1990, 1991, 1992, and 1993 Supplements to its

26   predecessor, CEB's *California Attorney's Fees Award Practice*.  In addition, I authored a

27   federal manual on attorneys' fees entitled *Attorneys' Fees:  A Legal Services Practice Manual*,

28   published by the Legal Services Corporation.  I also co-authored the chapter on "Attorney

1  Fees" in Volume 2 of CEB's *Wrongful Employment Termination Practice, 2d Ed.* (1997).

2      4.     More than 90% of my practice is devoted to issues involving court-awarded

3  attorney's fees. I have been counsel in over 140 attorneys' fee applications in state and federal

4  courts, primarily representing other attorneys. I also have briefed and argued more than 40

5  appeals, at least 25 of which have involved attorneys' fees issues. In the past five years, I have

6  successfully handled four cases in the California Supreme Court involving court-awarded

7  attorneys' fees: 1) *Delaney v. Baker* (1999) 20 Cal.4th 23, which held that heightened

8  remedies, including attorneys' fees, are available in suits against nursing homes under

9  California's Elder Abuse Act; 2) *Ketchum v. Moses* (2001) 24 Cal.4th 1122, which held, *inter*

10  *alia*, that contingent risk multipliers remain available under California attorney fee law, despite

11  the United States Supreme Court's  contrary ruling on federal law (note that in *Ketchum*, I was

12  primary appellate counsel in the Court of Appeal and "second chair" in the Supreme Court); 3)

13  *Flannery v. Prentice* (2001) 26 Cal.4th 572, which held that in the absence of an agreement to

14  the contrary, statutory attorneys' fees belong to the attorney whose services they are based

15  upon; and 4) *Graham v. DaimlerChrysler Corp.* (2004) 34 Cal.4th 553, which I handled, along

16  with trial counsel, in both the Court of Appeal and Supreme Court. I also successfully

17  represented the plaintiffs in a previous attorneys' fee decision in the Supreme Court, *Maria P.*

18  *v. Riles* (1987) 43 Cal.3d 1281. I also have handled several Ninth Circuit attorneys' fees

19  matters, including *Davis v. City & County of San Francisco,* 976 F.2d 1536 (9th Cir. 1992),

20  *Mangold v. CPUC,* 67 F.3d 1470 (9th Cir. 1995), and *Velez v. Wynne*, 2007 U.S.App.LEXIS

21  2194 (9th Cir. 2007). *See* Exhibit A.

22      5.     I have been retained as an expert witness on attorneys' fee issues on at least 25

23  occasions, on behalf of both fee claimants and those opposing fee applications. On at least 10

24  occasions, I have been qualified as an expert on attorneys' fees in judicial proceedings and

25  arbitrations. I also have served as an arbitrator and mediator of attorney fee issues.

26      6.     The 2008 rate for my services is $550 per hour, which is the rate I charge new

27  market-rate paying clients for my services; I currently have numerous clients paying that rate.

28  My hourly rates have been paid by numerous clients and found reasonable by numerous courts.

1    My 2007 rate of $535 per hour was found reasonable in five different cases: *Graham v.*

2    *DaimlerChrysler,* Los Angeles County Superior Court No. BC215624, Fee Order filed

3    December 10, 2007; *Moore v. Bank of America,* 2008 U.S.Dist.LEXIS 904 (S.D.Cal. 2008);

4    *Denenberg v. CalTrans,* San Diego County Superior Court No. GIC 836582, Fee Order filed

5    January 11, 2008; *Naidu v. California Public Utilities Commission*, San Francisco Superior

6    Court No. CGC-05-444782, Order Awarding Attorneys' Fees, filed September 27, 2007; and

7    *Marin v. Costco Wholesale Corp.,* Alameda County Superior Court No. RG 04-150447, Order

8    Granting Motion of Plaintiff for Attorneys' Fees and Costs, filed April 17, 2007. Both my 2006

9    rate of $525 per hour and my 2005 rate of $495 per hour were found reasonable by United

10   States District Judge Thelton Henderson in *Coles et al. v. City of Oakland et al.*, N.D. Cal No.

11   C03-2961 THE, Order Granting in Part and Denying in Part Plaintiff's Motions for Attorney's

12   Fees and Costs, filed January 4, 2007.

13        7.      The time my office has spent on the post-remand matters here (excluding time

14   spent on motion for appellate fees pending in the Ninth Circuit) has been recorded on

15   contemporaneously kept time records of the type I use for all clients.  A typed and edited

16   version of my time records for this period is attached hereto as Exhibit B.  These records show

17   that I have spent 17.70 hours on this matter through June 27, 2008. Time spent after this date

18   will be claimed by supplemental filing. I have carefully reviewed my time records and can

19   attest that all of this time was reasonably devoted to pursuing my clients' interests and would

20   have been billed to a fee-paying client. In the exercise of billing judgment, I have not claimed

21   any out of pocket costs, such as in-house copying, overnight delivery charges, travel, and the

22   like, which I would ordinarily bill to a fee-paying client and which are compensable as

23   statutory fees.

24        8.      I am frequently called upon to opine about the reasonableness of attorneys' fees,

25   and my declarations on that issue have been cited favorably by numerous courts.  While I am

26   admittedly self-interested in this case, and present this declaration as an advocate, not an

27   expert, the fact is that the my rate here is eminently reasonable in light of the information I

28   have gathered as an attorneys' fees specialist.

9.     Through my writing and practice, I have become familiar with the non-contingent market rates charged by attorneys in California and elsewhere.  This familiarity has been obtained in several ways:  (1) by handling attorneys' fee litigation; (2) by discussing fees with other attorneys; (3) by obtaining declarations regarding prevailing market rates in cases in which I represent attorneys seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorney's fees in the legal newspapers and treatises.

10.     The information I have gathered, set out below, shows that my hourly rate is well within the range of non-contingent rates charged by California attorneys of equivalent experience, skill, and expertise for comparable services.

a.     <u>Rates found reasonable in other cases</u>. My rate is within the range of the following rates awarded by the courts in the following cases:

<u>2007 Rates:</u>

(1)     *Craft  v. County of San Bernadino*, U.S. District Court, Central District of California, Order Awarding Attorney's Fees and Costs, filed April 1, 2008, in which Judge Stephen G. Larson found the following hourly rates reasonable in a case involving violation of Constitutional rights:

| Years of Experience | Rate |
| --- | --- |
| 38 | $725 |
| 2 | 275 |
| Law Clerks | 200 |
| Paralegals | 110-225 |

(2)     *Naidu v. California Public Utilities Commission*, San Francisco Superior Court No. CGC-05-444782, Order Awarding Attorneys' Fees, filed September 27, 2007, in which Judge Ronald E. Quidachy found, in an individual FEHA case, that $535 per hour was reasonable for the plaintiff's merits and fees attorneys, each of whom had 37 years experience. A 1.55 multiplier was applied to the merits lodestar.

(3)     *Marin v. Costco Wholesale Corp.,* Alameda County Superior Court No. RG 04-150447, Order Granting Motion of Plaintiff for Attorneys' Fees and Costs, filed April

17, 2007, a wage and hour action under California Labor Code § 1194, in which Judge Bonnie Sabraw found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 38 | $535 |
| 15 | 525 |
| 14 | 450-455 |
| 11 | 450 |
| 10 | 350 |
| 5 | 350 |
| 3 | 295 |

### 2006 Rates

(1)    *Petroleum Sales, Inc. v. Valero Refining Co.,* (N.D.Cal. 2007) 2007 U.S.Dist. LEXIS 70205, a commercial contract dispute, in which Judge Saundra Brown Armstrong awarded 2006 hourly rates as follows:

| Years of Experience | Rate |
|---|---|
| 32 | $616 |
| 25 | 560 |
| 2 | 289 |
| 1 | 256 |
| Paralegals | 120 |

(2)    *Marin v. Costco Wholesale Corp.,* Alameda County Superior Court No. RG 04-150447, Order Granting Motion of Plaintiff for Attorneys' Fees and Costs, filed April 17, 2007, a wage and hour action under California Labor Code § 1194, in which Judge Bonnie Sabraw found the following 2006 rates reasonable, plus a 1.3 lodestar multiplier:

| Years of Experience | Rate |
|---|---|
| 14 | $455 |
| 13 | 425 |
| 10 | 425 |
| 9 | 350 |
| 4 | 350 |
| 2 | 235 |

(3)    *Coles, et al. v. City of Oakland et al.,* N.D. Cal. No. C-03-2961 TEH (Order Granting in Part and Denying in Part Plaintiffs' Motions for Attorneys' Fees and Costs, filed January 4, 2007), a police practices action, in which the court found the following

///

2006 rates reasonable, plus a 1.10 multiplier on the merits and 1.05 multiplier on the fee application:

| Years of Experience | Rate |
|---|---|
| 37 | $525 |
| 15 | 420 |
| 11 | 400 |

(4)   *Turner v. Association of American Medical Colleges*, Alameda County Superior Court No. RG04-166148 (Order Granting Motion for Attorneys' Fees and Costs,

///

filed December 27, 2006), a disability rights action, in which the court found the following 2006 rates reasonable, plus a 1.30 multiplier:

| Years of Experience | Rate |
|---|---|
| 45 | $645 |
| 21 | 525 |
| 20 | 495 |
| 15 | 455 |
| 11 | 425 |
| 7 | 325 |
| 5 | 325 |
| 4 | 275 |
| 3 | 255 |
| 2 | 235 |
| 1 | 235 |
| Law Clerks | 125-150 |
| Paralegals | 125 |

(5)   *Waul v. State Farm Ins. Co.*, San Francisco Superior Court No. CGC 02-412248, Award of Attorney's Fees Following Arbitration, filed June 20, 2006, a consumer protection action, in which Judge James J. McBride awarded plaintiff's counsel the following rates, plus a 1.5 multiplier:

| Years of Experience | Rate |
|---|---|
| 44 | $625 |
| 9 | 375 |
| Senior Paralegal | 185 |

(6)   *Hope v. State of California Dept. of Youth Authority*, Los Angeles Superior Court No. BC258985, Order re: Award of Appellate Attorney Fees Pursuant to Government Code §12965(b), filed April 21, 2006, an individual FEHA discrimination case,

///

in which Judge Judith Chirlin found the following rates reasonable for appellate work, plus a 2.0 lodestar enhancement:

| Years of Experience | Rate |
|---|---|
| 23 | $750 |
| 31 | 525 |
| 26 | 475 |
| 20 | 475 |
| 7 | 250 |

(7)    *Comite de Jornaleros de Redondo Beach v. City of Redondo Beach* (C.D. Cal. 2007) 2007 U.S.Dist.LEXIS 95610,a civil rights action challenging a local day-laborer ordinance, in which Judge Consuelo Marshall found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 27 | $625 |
| 14 | 600 |
| 14 | 495 |
| 9 | 400 |
| 5 | 315 |
| 4 | 300 |

### 2005 Rates

(1)    *Coles, et al. v. City of Oakland et al.,* N.D. Cal. No. C-03-2961 TEH (Order Granting in Part and Denying in Part Plaintiffs' Motions for Attorneys' Fees and Costs, filed January 4, 2007), in which the court found the following 2005 rates reasonable, plus a 1.10 multiplier on the merits and 1.05 multiplier on the fee application:

| Years of Experience | Rate |
|---|---|
| 36 | $495 |
| 14 | 400 |
| 10 | 380 |

(2)    *Kotla v. Regents of Univ. of Calif.,* Alameda County Superior Court No. V 014799-8, Order Granting Attorneys' Fees and Costs filed September 14, 2005, an individual FEHA action, in which Judge Patrick Zika awarded 2005 rates as follows, plus a 1.5 lodestar enhancement:

| Years of Experience | Rate |
|---|---|
| 43 | $600 |
| 36 | 495 |
| 34 | 495 |

(3)   *Krumme v. Mercury Ins. Co.*, San Francisco Superior Court No. 313367 (Order Awarding Attorney's Fees on Appeal and Post-Appeal Pursuant to Code of Civil Procedure Section 1021.5, filed July 12, 2005), in which Judge Robert Dondero awarded plaintiff's counsel the following hourly rates:

| Years of Experience | Rate |
|---|---|
| 22-24 | $490 |
| 19 | 475 |
| 11 | 375 |
| 3 | 275 |
| Paralegal | 125 |

(4)   *Miller v. Vicorp Restaurants*, 2006 U.S.Dist. LEXIS 2210, 10112 (N.D. Cal. 2006), in which Judge Ronald M. Whyte awarded plaintiff's counsel the following rates:

| Years of Experience | Rate |
|---|---|
| 36 | $495 |
| 29 | 450 |
| 7 | 250 |
| Paralegals | 115-130 |

b.   <u>Rate Information from Surveys and  Other Cases</u>. I have reviewed numerous declarations and depositions filed in other cases, as well as various surveys of legal rates.  These sources show the hourly rates for litigation undertaken on a non-contingent basis by the following California law firms, listed in alphabetical order:

Altshuler Berzon LLP

2007 Rates:

| Years Experience | Rate |
|---|---|
| 23 | $700 |
| 15 | 550 |
| 5 | 325 |
| Paralegals | 155-190 |

Declaration of Richard M. Pearl in Support of Renewed
Motion for Award of Reasonable Attorneys' Fees                      **8**                      *Camacho, et al. v. Bridgeport Finanicial, et al.*
Case No. C 04-0478 CRB

1

## Bramson, Plutzik, Mahler & Birkahaeuser, LLP

2

### 2008 Rates:

3

| Years Experience | Rate |
|---|---|
| 31 | $550 |
| 27 | 550 |
| 28 | 495 |
| 11 | 440 |
| 9 | 380 |
| 4 | 260 |
| Paralegals | 150 |

4

5

6

7

8

9

## Brayton Purcell Franklin

10

### 2008 Rates:

11

| Years Experience | Rate |
|---|---|
| 31 | $600 |
| 11 | 450 |
| 38 | 450 |
| 5 | 350 |
| Paralegals | 125 |

12

13

14

15

## Bushnell Caplan & Fielding

16

### 2005 Rates:

17

| Years Experience | Rate |
|---|---|
| 36 | $540 |
| 13 | 400 |

18

19

20

## Chavez & Gertler

### 2008 Rates:

21

22

| Years Experience | Rate |
|---|---|
| Partners | |
| 29 | $615 |
| 25 | 595 |
| 23 | 575 |
| 27 | 575 |
| Associates | |
| 16 | 495 |
| 37 | 465 |
| 6 | 385 |
| 3 | 325 |
| Paralegals | 185 |
| Legal Assistants | 125 |

23

24

25

26

27

28

Declaration of Richard M. Pearl in Support of Renewed
Motion for Award of Reasonable Attorneys' Fees

**9**

*Camacho, et al. v. Bridgeport Financial, et al.*
Case No. C 04-0478 CRB

2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 25 | $535 |
| 27 | 515 |
| 16 | 495 |
| 14 | 425 |
| Associates | |
| 16 | 395 |
| 13 | 395 |
| Paralegals | 175 |
| Legal Assistants | 125 |

2005 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 26 | $515 |
| Associates | |
| 16 | 475 |
| 10 | 395 |

Cohelan & Khoury

2008 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 34 | $700 |
| 34 | 650 |
| 24 | 600 |
| 21 | 500 |
| Associates | |
| 13 | 400 |
| 7 | 325 |
| 3 | 325 |
| 4 | 250 |
| Paralegals | 125 |

Cooley Godward Kronish LLP

2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $470-875 (average $673) |
| Associates | 250-555 (average $403) |

2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $425-795 (average $539) |
| Associates | 240-585 (average $371) |

Declaration of Richard M. Pearl in Support of Renewed
Motion for Award of Reasonable Attorneys' Fees          10          *Camacho, et al. v. Bridgeport Finianical, et al.*
Case No. C 04-0478 CRB

1

**2005 Rates:**

2

| Years Experience | Rate |
|---|---|
| Partners | $395-700 (average $515) |
| Associates | 215-550 (average $350) |

3

4

**Coughlin Stoia Geller Rudman & Robbins, LLP**

5

**2007 Rates:**

6

| Years Experience | Rate |
|---|---|
| 42 | $700 |
| 19 | 600 |
| 14 | 650 |
| 14 | 600 |
| 13 | 585 |
| 11 | 510 |
| 6 | 460 |
| 5 | 285 |

7

8

9

10

11

**Fenwick & West**

12

**2007 Rates:**

13

| Years Experience | Rate |
|---|---|
| Partners | $500-775 (average $590) |
| Associates | 245-500 (average $370) |

14

15

**2006 Rates:**

16

17

| Years Experience | Rate |
|---|---|
| Partners | $465-750 (average $575) |
| Associates | 245-475 (average $355) |
| 8 | 465 |
| 7 | 450 |
| 6 | 425 |
| 5 | 400 |
| 4 | 360 |
| 3 | 320 |
| 2 | 285 |
| 1 | 245 |

18

19

20

21

22

**2005 Rates:**

23

24

| Years Experience | Rate |
|---|---|
| Partners | $450-725 (average $540) |
| Associates | 235-440 (average $345) |

25

26

**Gibson, Dunn & Crutcher, LLP**

27

**2006 Rates:**

28

| Years Experience | Rate |
|---|---|

Partners
| 28-29 | $675 |
| 24 | 650 |
| 18 | 595 |

2005 Rates:

| Years Experience | Rate |
| --- | --- |
| Partners | |
| 34 | $650 |
| 26 | 625 |
| Associates | |
| 9 | 475 |
| 5 | 395 |

Goldstein, Demchak, Baller, Borgen & Dardarian

2008 Rates:

| Years Experience | Rate |
| --- | --- |
| Partners | |
| 38 | $650 |
| 32 | 650 |
| 27 | 625 |
| 21 | 575 |
| 15 | 500 |
| 14 | 500 |
| Associates | |
| 13 | 465 |
| 6 | 430 |
| 8 | 420 |
| 7 | 395 |
| 2 | 305 |
| Law Clerks | 195 |
| Paralegals | 135-195 |

2007 Rates:

| Years Experience | Rate |
| --- | --- |
| Partners | |
| 37 | $600 |
| 31 | 600 |
| 26 | 575 |
| 20 | 535 |
| 14 | 460 |
| 13 | 460 |
| Associates | |
| 12 | 425 |
| 10 | 380 |
| 11 | 365 |
| 9 | 350 |
| 8 | 335 |

1
7                                    325
6                                    340
2       Law Clerks                   285-300

3
Howard, Rice, Nemerovski, Canady, Falk & Rabkin
4
2007 Rates:
5
| Years Experience | Rate |
|---|---|
| Partners | $495-775 |
| Associates | 275-485 |

2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $440-750 |
| Associates | 250-420 |

Kirkland & Ellis

2005 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 24 | $725 |
| 12 | 435 |

Knobbe, Martens, Olson & Bear

2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $340-645 |
| Associates | 215-420 |

Levy, Ram & Olson

2006 Rates:

| Years Experience | Rate |
|---|---|
| 24 | $590 |

2005 Rates:

| Years of Experience | Rate |
|---|---|
| 25 | $490 |
| 23 | 490 |
| 12 | 375 |
| 4 | 275 |

///
///

1

<u>Lewis Feinberg</u>

2

<u>2006 Rates:</u>

3

| <u>Years Experience</u> | <u>Rate</u> |
|---|---|
| Partners | |
| 32 | $700 |
| 19 | 575 |
| 11 | 525 |
| 9 | 500 |
| Associates | |
| 4 | 330 |
| 2 | 290 |
| Law Clerks | 200 |
| Paralegal | 150 |

9

<u>2005 Rates:</u>

10

| <u>Years of Experience</u> | <u>Rate</u> |
|---|---|
| 25 | $490 |
| 23 | 490 |
| 12 | 375 |
| 4 | 275 |

13

<u>Lieff, Cabraser, Heimann & Bernstein</u>

14

15

<u>2007 Rates:</u>

16

| <u>Years of Experience</u> | <u>Rate</u> |
|---|---|
| (Partners) | |
| 33 | $675 |
| 23 | 700 |
| 15 | 550 |
| 14 | 575 |
| 10 | 450 |
| (Associates) | |
| 6 | 390 |
| 4 | 350 |
| 4 | 340 |
| 2 | 285 |
| Law Clerks | 165-295 |
| Paralegals | 115-250 |

23

<u>2006 Rates:</u>

24

| <u>Years of Experience</u> | <u>Rate</u> |
|---|---|
| (Partners) | |
| 19 | $625 |
| 17 | 625 |
| 10 | 450 |
| (Associates) | |
| 10 | 400 |

28

Declaration of Richard M. Pearl in Support of Renewed
Motion for Award of Reasonable Attorneys' Fees

**14**

*Camacho, et al. v. Bridgeport Finanicial, et al.*
Case No. C 04-0478 CRB

|              |     |
|--------------|-----|
| 8            | 360 |
| 4            | 340 |
| 2            | 285 |

### 2005 Rates:

| Years of Experience | Rate  |
|---------------------|-------|
| 35                  | $650  |
| 22                  | 575   |
| 5                   | 305   |

## Loeb & Loeb

### 2007 Rates:

| Years Experience | Rate                        |
|------------------|-----------------------------|
| Partners         | $475-875 (average $606)     |
| Associates       | 240-500 (average $384)      |

## Manatt, Phelps & Philips

### 2007 Rates:

| Years Experience | Rate                        |
|------------------|-----------------------------|
| Partners         | $520-785 (average $600)     |
| Associates       | 265-480 (average $395)      |

## Morgan, Lewis & Bockius, LLP

### 2006 Rates:

| Years Experience | Rate      |
|------------------|-----------|
| Partners         | $375-800  |
| Associates       | 200-550   |

## Morrison Foerster

### 2007 Rates:

| Years Experience | Rate  |
|------------------|-------|
| 44               | $675  |
| 11               | 550   |
| 8                | 520   |
| 6                | 475   |
| 3                | 250   |

## O'Melveny & Myers

### 2006 Rates:

| Years Experience | Rate           |
|------------------|----------------|
| 28-29            | $600 or more   |
| 24               | 550 or more    |
| 18               | 500 or more    |

Declaration of Richard M. Pearl in Support of Renewed
Motion for Award of Reasonable Attorneys' Fees          **15**          *Camacho, et al. v. Bridgeport Finianical, et al.*
Case No. C 04-0478 CRB

1

## Paul, Hastings, Janofsky & Walker

2

### 2005 Rates:

3

| Years Experience | Rate |
|---|---|
| 35 | $595 |

4

## Pillsbury Winthrop Shaw Pittman LLP

5

### 2006 Rates:

6

| Years Experience | Rate |
|---|---|
| 32 | $740 |
| 24 | 575 |
| 2 | 365 |
| 1 | 265 |
| Paralegals | 125-200 |

10

## Reed Smith

11

### 2007 Rates:

12

| Years Experience | Rate |
|---|---|
| Partners | $350-825 (average $558) |
| Associates | 200-510 (average $374) |

14

### 2006 Rates:

15

| Years Experience | Rate |
|---|---|
| Partners | $305-725 (average $492) |
| Associates | 170-630 (average $309) |

## Rosen, Bien & Galvan

18

### 2007 Rates:

19

| Years Experience | Rate |
|---|---|
| Partners | |
| 45 | $700 |
| 27 | 590 |
| 10 | 400 |
| Associates | |
| 24 | $435 |
| 23 | 400 |
| 14 | 400 |
| 10 | 390 |
| 7 | 350 |
| 6 | 340 |
| 5 | 325 |
| 4 | 295 |
| 3 | 280 |
| 2 | 260 |

28

| | |
|---|---|
| Paralegals | 160-190 |
| Litigation support/Paralegal clerks | 110-150 |
| Law clerks/Students | 160 |
| Word Processing | 60 |

**2006 Rates:**

| Years Experience | Rate |
|---|---|
| Partners | |
| 44 | $635 |
| 26 | 535 |
| 24 | 485 |
| 9 | 390 |
| Associates | |
| 23 | $425 |
| 16 | 395 |
| 22 | 390 |
| 13 | 385 |
| 9 | 375 |
| 6 | 330 |
| | |
| 5 | 315 |
| 4 | 285 |
| 3 | 270 |

**2005 Rates:**

| Years Experience | Rate |
|---|---|
| Partners | |
| 43 | $625 |
| 25 | 525 |
| 23 | 475 |
| Associates | |
| 22 | 425 |
| 12 | 375 |
| 8 | 350 |
| 6 | 300 |
| 4 | 275 |
| 3 | 235 |

**Rudy, Exelrod & Zieff**

**2007 Rates:**

| Years Experience | Rate |
|---|---|
| Partners | |
| 29 | $700 |
| 12 | 500 |
| Associates | |
| 10 | 400 |
| 8 | 330 |
| Law Clerk | 200 |
| Paralegal | 150 |

<u>2005 Rates:</u>

| Years Experience | Rate |
|---|---|
| 37 | $575 |
| 36 | 575 |
| 27 | 575 |
| 10 | 375 |

<u>Schneider & Wallace</u>

<u>2008 Rates:</u>

| Years Experience | Rate |
|---|---|
| 17 | $550 |
| 15 | 500-550 |
| 16 | 475 |
| 4 | 350 |
| Paralegals | 125 |

<u>2007 Rates:</u>

| Years Experience | Rate |
|---|---|
| 16 | $525 |
| 14 | 450 |
| 12 | 450 |
| 3 | 295 |
| Paralegals | 125 |

<u>Sheppard, Mullin, Richter & Hampton</u>

<u>2007 Rates:</u>

| Years Experience | Rate |
|---|---|
| Partners | $425-795 |
| Associates | 260-550 |

<u>Skadden, Arps, Slate, Meagher & Flom, LLP</u>

<u>2005 Rates:</u>

| Years Experience | Rate |
|---|---|
| Partners | |
| 13 | $556 |
| Associates | |
| 4 | 375 |
| 3 | 335 |

<u>Sturdevant Law Firm</u>

| Years Experience | Rate |
|---|---|
| 34 | $590 |
| 29 | 550 |
| 19 | 525 |
| 9 | 425 |

Declaration of Richard M. Pearl in Support of Renewed
Motion for Award of Reasonable Attorneys' Fees      **18**      *Camacho, et al. v. Bridgeport Finianical, et al.*
Case No. C 04-0478 CRB

|   |   |
|---|---|
| 3 | 325 |
| 2 | 325 |

<u>2006 Rates:</u>

| <u>Years Experience</u> | <u>Rate</u> |
|---|---|
| 32 | $510 |

11.     My research regarding attorneys' fees in California has indicated a consistent increase in fees over the last several years. For example, average partner rates at Fenwick & West increased 6.4% between 2005 and 2006.  Partner rates at Rudy Exelrod & Zieff increased 15% between 2004 and 2006.  Similar increases seem to have been taken by several firms in 2007 and 2008.  Virtually every other firm whose rates I am aware of also increased their rates over these periods. Consistent with this market, I raised my rate in 2008 to reflect both the demand for my services and inflation in costs and legal rates; my rate is still significantly less than many attorneys with comparable experience, expertise, and skills at other firms.

12.     The hourly rates set forth above are those charged where full payment is expected promptly upon the rendition of the billing and without consideration of factors other than hours and rates.  If any substantial part of the payment were to be deferred for any substantial period of time, for example, or if payment were to be contingent upon outcome or any other factor, the fee arrangement would be adjusted accordingly to compensate the attorneys for those factors.

If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Berkeley, California on June 27, 2008.

RICHARD M. PEARL

Declaration of Richard M. Pearl in Support of Renewed
Motion for Award of Reasonable Attorneys' Fees          **19**          *Camacho, et al. v. Bridgeport Financial, et al.*
Case No. C 04-0478 CRB

# EXHIBIT A

# RESUME OF RICHARD M. PEARL

**RICHARD M. PEARL**
**LAW OFFICES OF RICHARD M. PEARL**
1816 Fifth Street
Berkeley, CA 94710
(510) 649-0810
(510) 548-5074 (facsimile)
rpearl@interx.net (e-mail)

## EDUCATION

University of California, Berkeley, B.A., Economics (June 1966)
Boalt Hall School of Law, Berkeley, J.D. (June 1969)

## BAR MEMBERSHIP

Member, State Bar of California (admitted January 1970)
Member, State Bar of Georgia (admitted June 1970) (inactive)
Admitted to practice before all California State Courts; the United States Supreme Court; the United States Court of Appeals for the District of Columbia and Ninth Circuits; the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California, for the District of Arizona, and for the Northern District of Georgia; and the Georgia Civil and Superior Courts and Court of Appeals.

## EMPLOYMENT

LAW OFFICES OF RICHARD M. PEARL (April 1987 to Present): Civil litigation practice ("AV" rating), with emphasis on court-awarded attorney's fees, class actions, and appellate practice.

QUALIFIED APPELLATE MEDIATOR, APPELLATE MEDIATION PROGRAM, Court of Appeal, First Appellate District (October 2000 to Present).

ADJUNCT PROFESSOR, HASTINGS COLLEGE OF THE LAW (January 1988 to Present): Teach "Public Interest Law Practice," a 2-unit course that focuses on the history, strategies, and issues involved in the practice of public interest law.

PEARL, McNEILL & GILLESPIE, Partner (May 1982 to March 1987): General civil litigation practice, as described above.

**RICHARD M. PEARL**
Page 2

CALIFORNIA RURAL LEGAL ASSISTANCE, INC. (July 1971 to September 1983) (part-time May 1982 to September 1983):

>       Director of Litigation (July 1977 to July 1982)
>       Responsibilities: Oversaw and supervised litigation of more than 50 attorneys in CRLA's 15 field offices; administered and supervised staff of 4-6 Regional Counsel; promulgated litigation policies and procedures for program; participated in complex civil litigation.

>       Regional Counsel (July 1982 to September 1983 part-time) Responsibilities: Served as co-counsel to CRLA field attorneys on complex projects; provided technical assistance and training to CRLA field offices; oversaw CRLA attorney's fee cases; served as counsel on major litigation.

>       Directing Attorney, Cooperative Legal Services Center (February 1974 to July 1977) (Staff Attorney February 1974 to October 1975)
>       Responsibilities: Served as co-counsel on major litigation with legal services attorneys in small legal services offices throughout California; supervised and administered staff of four senior legal services attorneys and support staff.

>       Directing Attorney, CRLA McFarland Office (July 1971 to February 1974) (Staff Attorney July 1971 to February 1972)
>       Responsibilities: Provided legal representation to low income persons and groups in Kern, King, and Tulare Counties; supervised all litigation and administered staff of ten.

HASTINGS COLLEGE OF THE LAW, Instructor, Legal Writing and Research Program (August 1974 to June 1978)
Responsibilities: Instructed 20 to 25 first year students in legal writing and research.

CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD, Staff Attorney, General Counsel's Office (November 1975 to January 1976, while on leave from CRLA)
Responsibilities: Prosecuted unfair labor practice charges before Administrative Law Judges and the A.L.R.B. and represented the A.L.R.B. in state court proceedings.

ATLANTA LEGAL AID SOCIETY, Staff Attorney (October 1969 to June 1971)
Responsibilities: Represented low income persons and groups as part of 36-lawyer legal services program located in Atlanta, Georgia.

**RICHARD M. PEARL**
Page 3

## PUBLICATIONS

Pearl, *California Attorney Fee Awards, Second Edition* (Cont. Ed. Bar 1994), and 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, and 2007 Supplements

*Graham v. DaimlerChrysler Corp.* and *Tipton-Whittingham v. City of Los Angeles*, Civil Litigation Reporter (Cont. Ed. Bar Feb. 2005)

*Current Issues in Attorneys' Fee Litigation*, California Labor and Employment Law Quarterly (September 2002 and November 2002)

*Flannery v. Prentice: Shifting Attitudes Toward Fee Agreements and Fee-Shifting Statutes*, Civil Litigation Reporter (Cont. Ed. Bar Nov. 2001)

*A Practical Introduction to Attorney's Fees*, Environmental Law News (Summer 1995)

Wrongful Employment Termination Practice, Second Edition (Cont. Ed. Bar 1997) (co-authored chapter on "Attorney Fees")

California Attorney's Fees Award Practice (Cont. Ed. Bar 1982) (edited), and 1984 through 1993 Supplements

Program materials on attorney fees, prepared as panelist for CEB program on "Attorneys' Fees: Practical and Ethical Considerations in Determining, Billing, and Collecting" (October 1992)

Program materials on "Attorney's Fees in Administrative Proceedings" California Continuing Education of the Bar, prepared as panelist for CEB program on "Effective Representation Before California Administrative Agencies" (October 1986)

Program materials on "Attorney's Fees in Administrative Proceedings" California Continuing Education of the Bar, prepared as panelist for CEB program on "Attorneys' Fees: Practical and Ethical Considerations" (March 1984)

*Settlors Beware/The Dangers of Negotiating Statutory Fee Cases,* (September 1985) Los Angeles Lawyer

Program Materials on "Remedies Training" (Class Actions), Sponsored by Legal Services Section, California State Bar, San Francisco (May 1983)

Attorneys' Fees: A Legal Services Practice Manual (Legal Services Corporation 1981)

**RICHARD M. PEARL**
Page 4

## PUBLIC SERVICE

Member, Attorneys' Fee Task Force, California State Bar

Vice President, Board of Directors, California Rural Legal Assistance Foundation

## REPRESENTATIVE REPORTED CASES

*Boren v. California Department of Employment*
(1976) 59 Cal.App.3d 250

*Cabrera v. Martin*
(9th Cir. 1992) 973 F.2d 735

*Camacho v. Bridgeport Financial, Inc.*
(9th Cir. 2008) 523 F.3d 973

*Campos v. E.D.D.*
(1982) 132 Cal.App.3d 961

*Committee to Defend Reproductive Rights v. A Free Pregnancy Center*
(1991) 229 Cal.App.3d 633

*David C. v. Leavitt*
(D. Utah 1995) 900 F.Supp. 1547

*Delaney v. Baker*
(1999) 10 Cal.4th 23

*Employment Development Dept. v. Superior Court (Boren)*
(1981) 30 Cal.3d 256

*Environmental Protection Information Center, Inc. v. Pacific Lumber Co.*
(N.D. Cal. 2002) 229 F. Supp.2d 993, *aff'd* (9th Cir. 2004) 103 Fed. Appx. 627

*Flannery v Prentice*
(2001) 26 Cal. 4th 572

*Graham v. DaimlerChrysler Corp.*
(2004) 34 Cal. 4th 553

**RICHARD M. PEARL**
Page 5


*Horsford v. Board of Trustees of Univ. of Calif.*
   (2005) 132 Cal.App.4th 359


*Ketchum v. Moses*
   (2001) 24 Cal.4th 1122


*Kievlan v. Dahlberg Electronics*
   (1978) 78 Cal.App.3d 951, *cert. denied* (1979)
   440 U.S. 951


*Lealao v. Beneficial  California, Inc.*
   (2000) 82 Cal.App.4th 19


*Lewis v. California Unemployment Insurance Appeals Board*
   (1976) 56 Cal.App.3d 729


*Local 3-98 etc. v. Donovan*
   (N.D. Cal. 1984) 580 F.Supp. 714,
   *aff'd* (9th Cir. 1986) 792 F.2d 762


*Mangold v. California Public Utilities Commission*
   (9th Cir. 1995) 67 F.3d 1470


*Maria P. v. Riles*
   (1987) 43 Cal.3d 1281


*Martinez v. Dunlop*
   (N.D. Cal. 1976) 411 F.Supp. 5
   *aff'd* (9th Cir. 1977) 573 F.2d 555


*McSomebodies v. Burlingame Elementary School Dist.*
   (9th Cir. 1990) 897 F.2d 974


*McSomebodies v. San Mateo City School Dist.*
   (9th Cir. 1990) 897 F.2d 975


*Moore v. Bank of America*
   (9th Cir. 2007) 2007 U.S. App. LEXIS 19597


*Moore v. Bank of America*
   (S.D. Cal. 2008) 2008 U.S. Dist. LEXIS 904


*Mora v. Chem-Tronics, Inc.*

**RICHARD M. PEARL**
Page 6

> (S.D. Cal. 1999) 1999 U.S. Dist. LEXIS 10752, 5 Wage & Hour Cas. 2d (BNA) 1122

*Pena v. Superior Court of Kern County*
> (1975) 50 Cal.App.3d 694

*Ponce v. Tulare County Housing Authority*
> (E.D. Cal 1975) 389 F.Supp. 635

*Ramirez v. Runyon*
> (N.D. Cal. 1999) 1999 U.S. Dist. LEXIS 20544

*Rubio v. Superior Court*
> (1979) 24 Cal.3d 93 (amicus)

*Sokolow v. County of San Mateo*
> (1989) 213 Cal. App. 3d. 231

*S.P. Growers v. Rodriguez*
> (1976) 17 Cal.3d 719 (amicus)

*Tongol v. Usery*
> (9th Cir. 1979) 601 F.2d 1091,
> *on remand* (N.D. Cal. 1983) 575 F.Supp. 409,
> *revs'd* (9th Cir. 1985) 762 F.2d 727

*Tripp v. Swoap*
> (1976) 17 Cal.3d 671 (amicus)

*United States (Davis) v. City and County of San Francisco*
> (N.D. Cal. 1990) 748 F.Supp. 1416, *aff'd in part and revs'd in part sub nom Davis v. City and County of San Francisco* (9th Cir. 1992) 976 F.2d 1536, *modified on rehearing* (9th Cir. 1993) 984 F.2d 345

*United States v. City of San Diego*
> (S.D.Cal. 1998) 18 F.Supp.2d 1090

*Velez v. Wynne*
> (9th Cir. 2007) 2007 U.S. App. LEXIS 2194

**REFERENCES**

**RICHARD M. PEARL**
Page 7

Furnished upon request.

**June 2008**

# EXHIBIT B

*Camacho*
**Time Records for Richard M. Pearl**
**Page 1**

| **DATE** | **DESCRIPTION OF SERVICES** | **HOURS** |
|---|---|---|
| | **(by Richard M. Pearl)** | |
| 5/28/08 | Preparation of email re conference call; phone conference with D. Rubin re status conference, etc.; phone conference with R. Bragg re same; exchange of emails re stipulation on appellate fees | 1.05 |
| 5/29/08 | Review of emails re stipulation; revise and sign same; preparation of email to J. Coleman re same | NC |
| 6/2/08 | Preparation of status report; email to counsel re same | .25 |
| 6/3/08 | Review of emails re status report | .10 |
| 6/4/08 | Revision of status report; preparation of email to I. Berg re same | .25 |
| 6/9/08 | Preparation of supplemental status report | .50 |
| 6/10/08 | Revision of supplemental status report; legal research re delay in payment adjustment, memo to file | .20 |
| 6/12/08 | Review of file re status conference | .50 |
| 6/13/08 | Travel to court; review file while waiting; preparation of status conference memo re issues to cover; preparation of email to counsel re conference, brief | 1.65 |
| 6/23/08 | Legal research re recently-decided cases for submission to court; preparation of email to counsel re submission; preparation of renewed motion | .50 |
| 6/24/08 | Phone conference (VM) with I. Berg; review of email from same re *Abad*, reconsideration pleading | .30 |
| 6/26/08 | Preparation of memo re rates, fees on fees; legal research re new decisions; phone conference with R. Bragg re MPA, rates, etc.; preparation of MPA re renewed motion | 7.20 |

*Camacho*
**Time Records for Richard M. Pearl**
**Page 2**

| DATE | DESCRIPTION OF SERVICES | HOURS |
|------|-------------------------|-------|
|      | **(by Richard M. Pearl)** |      |
| 6/27/08 | Preparation and revision of MPA; exchange of emails, drafts with counsel; phone conference with I. Berg re draft | 5.50 |

**TOTAL HOURS (5/28/08 through 6/27/08)**                    **17.70**