IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA CAMACHO, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>BRIDGEPORT FINANCIAL, INC., et al.,<br><br>        Defendants. | No. C 04-00478 CRB<br><br>**ORDER** |

    Defendants shall file an opposition to the Motion for Reconsideration on or before Friday, August 22, 2008. The Court will then take the matter under submission.

**IT IS SO ORDERED.**

Dated: August 7, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\0478\Reconsideration Briefing Order.wpd